**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:19-cv-01867-LAK,
1:19-cv-01868-LAK, 1:19-cv-01869-LAK,
1:19-cv-01895-LAK, 1:19-cv-01896-LAK,
1:19-cv-01898-LAK, 1:19-cv-01904-LAK,
1:19-cv-01906-LAK, 1:19-cv-01911-LAK,
1:19-cv-01924-LAK

Master Docket 18-md-02865 (LAK)
ECF Case

**NOTICE OF APPEARANCE**

Please enter my appearance for Defendants Richard Markowitz, Jocelyn Markowitz,

Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments

Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan,

RJM Capital Pension Plan, and Routt Capital Pension Plan in the cases enumerated in the

caption.

Dated: June 12, 2019
     New York, New York

/s/ Michael Posada
MICHAEL POSADA
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6473
michael.posada@wilmerhale.com