# Exhibit 18

**L 2017-12-19 nr 1535**

**Skattekontrollov**

### § 8

Skatteministeren fastsætter regler om,

1)   hvilke skattepligtige der forud for oplysningsfristens udløb, jf. § 10, fra told- og skatteforvaltningen modtager en opgørelse af den skattepligtige indkomst og ejendomsværdi for det afsluttede indkomstår (årsopgørelse) i stedet for et oplysningsskema, jf. § 5, og

2)   at visse skattepligtige, som ifølge lovgivningen forudsættes at give oplysningerne som nævnt i § 2 i et oplysningsskema, jf. § 5, i stedet modtager en årsopgørelse.

*Stk. 2.*
Er en skattepligtig, som er omfattet af regler udstedt i medfør af stk. 1, samlevende med en ægtefælle, jf. kildeskattelovens § 4, der skal give oplysningerne som nævnt i § 2 efter § 5, modtager den skattepligtige dog forud for oplysningsfristens udløb alene oplysninger om indberettede tal til brug for årsopgørelsen (servicemeddelelse). Told- og skatteforvaltningen udarbejder årsopgørelsen til ægtefællerne, når begge ægtefæller har givet told- og skatteforvaltningen oplysninger som nævnt i § 2.

*Stk. 3.*
En skattepligtig, som er omfattet af regler udstedt i medfør af stk. 1, eller som er omfattet af stk. 2, kan senest den 1. maj i året efter indkomståret meddele told- og skatteforvaltningen, at den pågældende for dette indkomstår giver oplysningerne som nævnt i § 2 efter § 5.

**L 2017-12-19 no 1535**

**Tax Code**

**§ 8**

The Minister of Taxation establishes the rules on,

1)      which taxpayers, prior to the expiration of the information deadline, cf. § 10,  will receive from the Customs and Tax Administration, a statement of taxable income and property value for the completed income year (annual statement) instead of an information form, cf. § 5, and

2)      that certain taxpayers, who according to the law, are presumed to provide the information as mentioned in §2 via an information form, cf. § 5, will instead receive an annual statement.

*Paragraph 2.*
A taxpayer covered by the rules issued pursuant to paragraph 1, who cohabits with a spouse, cf. Withholding Tax Act §4, which is to provide information as mentioned in § 2 according to § 5, only receives information on reported figures for use in the annual report (service notification) prior to the expiration of the information deadline. The Customs and Tax Administration prepares the annual report to the spouses when both spouses have provided the Customs and Tax Administration with the information mentioned in § 2.

*Paragraph 3.*
A taxpayer who is covered by rules issued pursuant to paragraph 1 or paragraph 2, may notify, no later than May 1st of the year following the income year, the Customs and Tax Administration that the individual concerned for this income year submits the information mentioned in § 2 according to § 5.