# Exhibit 4


**SKAT**

## Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner    ☐ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: _____

**Beneficial Owner**

Full name _____

Full address _____

E-mail _____

Signature
Beneficial owner/applicant

..............................................

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: _____

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address

Reg. no          Account no

SWIFT            BLZ              IBAN

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and ..............................................

Date          Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

*2010.07 (gl.nr. U 20x)*
06.003 ENG

CONFIDENTIAL                                                                                                WH_MDL_00089256