# Exhibit 25

34015 (74)

goal

CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BDK000314
**Tax Ref:** 47-1369981

28 April 2015

Dear Sir or Madam,

**RE: A/C Roadcraft Technologies LLC Roth 401(K) Plan ROA01**

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

***NatWest Bank***
***High Street Branch Croydon Surrey***
***BIC NWBKGB2L***
***IBAN* GB88 NWBK 6073 0134 0151 59**

Please quote reference**ARG BDK000314**.

Would you please confirm safe receipt of this reclaim by sending an email to GTB@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

MRodrigues

Melissa-Anne Rodrigues
Operations Manager

San Francisco Philadelphia London Hong Ko

SKAT Fredensborg
Bilag nr. 74-05-01



## Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: 65,045,912.65

**Beneficial Owner**

Full name
Roadcraft Technologies LLC Roth 401(K) Plan

Full address
State of Delaware, 1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
GTB@goalgroup.com

Signature
Beneficial owner/applicant

goal

Rodrigues

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: 13

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

| Reg. no | Account no | |
|---|---|---|
| | 34015159 | |

| SWIFT | BLZ | IBAN |
|---|---|---|
| | NWBKGB2L | IBAN GB88NWBK60730134015159 |

On reclaim please quote:-000 DK 314

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and U.S.A.

Date Official stamp and signature

When signed to be forwarded to:

**Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl nr. U 20a)
06.003 ENG

SKAT Fredensborg
Bilag nr. 74-05-02


Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE

**Issue Date: 31-03-2015, Issue No: 3,876**

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 31-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 31-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **CARLSBERG AS-B** |
| **Sedol:** | **4169219** |
| **ISIN:** | **DK0010181759** |
| **Ex Date:** | 27-03-2015 |
| **Record Date:** | 30-03-2015 |
| **Pay Date:** | 31-03-2015 |
| **Dividend Per Share:** | DKK 9.00 |
| **No of Shares:** | 887,986 |
| **Gross Dividend:** | DKK 7,991,874.00 |
| **Tax:** | DKK 2,157,805.98 |
| **Net Dividend:** | DKK 5,834,068.02 |

SKAT Fredensborg

Bilag nr. 74-05-03

10 Exchange Square,
Primrose Street, London, EC2A 2EN

---

# DIVIDEND CREDIT ADVICE

**Issue Date: 23-03-2015, Issue No: 3,093**

---

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 23-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 23-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **Danske Bank A/S** |
| **Sedol:** | **4588825** |
| **ISIN:** | **DK0010274414** |
| **Ex Date:** | 19-03-2015 |
| **Record Date:** | 20-03-2015 |
| **Pay Date:** | 23-03-2015 |
| **Dividend Per Share:** | DKK 5.50 |
| **No of Shares:** | 3,217,471 |
| **Gross Dividend:** | DKK 17,696,090.50 |
| **Tax:** | DKK 4,777,944.44 |
| **Net Dividend:** | DKK 12,918,146.06 |

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of the United
FCA Registration Number [illegible], Company Number OC[illegible], VAT Registration Number [illegible]

SKAT Fredensborg
Bilag nr. 74-05-04



Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

# DIVIDEND CREDIT ADVICE

**Issue Date: 17-03-2015, Issue No: 2,737**

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 17-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 17-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **DSV A/S** |
| **Sedol:** | **B1WT5G2** |
| **ISIN:** | **DK0060079531** |
| **Ex Date:** | 13-03-2015 |
| **Record Date:** | 16-03-2015 |
| **Pay Date:** | 17-03-2015 |
| **Dividend Per Share:** | DKK 1.60 |
| **No of Shares:** | 633,514 |
| **Gross Dividend:** | DKK 1,013,622.40 |
| **Tax:** | DKK 273,678.05 |
| **Net Dividend:** | DKK 739,944.35 |

.....................................................................

Name: Sanjay Shah
Solo Capital Partners LLP

SKAT Fredensborg

Bilag nr. 74-05-05



10 Exchange Square,
Primrose Street, London, EC2A 2EN

# DIVIDEND CREDIT ADVICE

**Issue Date: 31-03-2015, Issue No: 3,746**

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 31-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 31-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **FLSMIDTH & CO A/S** |
| **Sedol:** | **5263574** |
| **ISIN:** | **DK0010234467** |
| **Ex Date:** | 27-03-2015 |
| **Record Date:** | 30-03-2015 |
| **Pay Date:** | 31-03-2015 |
| **Dividend Per Share:** | DKK 9.00 |
| **No of Shares:** | 399,512 |
| **Gross Dividend:** | DKK 3,595,608.00 |
| **Tax:** | DKK 970,814.16 |
| **Net Dividend:** | DKK 2,624,793.84 |

SKAT Fredensborg
Bilag nr. 74-05-06



Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

# DIVIDEND CREDIT ADVICE

**Issue Date: 24-03-2015, Issue No: 3,308**

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 24-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 24-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **GN STORE NORD A/S** |
| **Sedol:** | **4501093** |
| **ISIN:** | **DK0010272632** |
| **Ex Date:** | 20-03-2015 |
| **Record Date:** | 23-03-2015 |
| **Pay Date:** | 24-03-2015 |
| **Dividend Per Share:** | DKK 0.90 |
| **No of Shares:** | 591,012 |
| **Gross Dividend:** | DKK 531,910.80 |
| **Tax:** | DKK 143,615.92 |
| **Net Dividend:** | DKK 388,294.88 |

SKAT Fredensborg

Bilag nr. 74-05-07



Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

---

# DIVIDEND CREDIT ADVICE

**Issue Date: 07-04-2015, Issue No: 4,438**

---

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 07-04-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 07-04-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **AP MOELLER-MAERSK A/S-A** |
| **Sedol:** | **4253059** |
| **ISIN:** | **DK0010244425** |
| **Ex Date:** | 31-03-2015 |
| **Record Date:** | 01-04-2015 |
| **Pay Date:** | 07-04-2015 |
| **Dividend Per Share:** | DKK 1,971.00 |
| **No of Shares:** | 39,785 |
| **Gross Dividend:** | DKK 78,416,235.00 |
| **Tax:** | DKK 21,172,383.45 |
| **Net Dividend:** | DKK 57,243,851.55 |

SKAT Fredensborg

Bilag nr. 74-05-08



Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE

**Issue Date: 07-04-2015, Issue No: 4,475**

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 07-04-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 07-04-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **AP MOELLER-MAERSK A/S-B** |
| **Sedol:** | **4253048** |
| **ISIN:** | **DK0010244508** |
| **Ex Date:** | 31-03-2015 |
| **Record Date:** | 01-04-2015 |
| **Pay Date:** | 07-04-2015 |
| **Dividend Per Share:** | DKK 1,971.00 |
| **No of Shares:** | 40,179 |
| **Gross Dividend:** | DKK 79,192,809.00 |
| **Tax:** | DKK 21,382,058.43 |
| **Net Dividend:** | DKK 57,810,750.57 |

SKAT Fredensborg

Bilag nr. 74-05-09



Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE

**Issue Date: 24-03-2015, Issue No: 3,435**

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 24-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 24-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **NOVO NORDISK A/S-B** |
| **Sedol:** | **BHC8X90** |
| **ISIN:** | **DK0060534915** |
| **Ex Date:** | 20-03-2015 |
| **Record Date:** | 23-03-2015 |
| **Pay Date:** | 24-03-2015 |
| **Dividend Per Share:** | DKK 5.00 |
| **No of Shares:** | 6,296,082 |
| **Gross Dividend:** | DKK 31,480,410.00 |
| **Tax:** | DKK 8,499,710.70 |
| **Net Dividend:** | DKK 22,980,699.30 |

SKAT Fredensborg

Bilag nr. 74-05-10



Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE

**Issue Date: 02-03-2015, Issue No: 2,388**

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 02-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 02-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **NOVOZYMES A/S-B** |
| **Sedol:** | **B798FW0** |
| **ISIN:** | **DK0060336014** |
| **Ex Date:** | 26-02-2015 |
| **Record Date:** | 27-02-2015 |
| **Pay Date:** | 02-03-2015 |
| **Dividend Per Share:** | DKK 3.00 |
| **No of Shares:** | 681,437 |
| **Gross Dividend:** | DKK 2,044,311.00 |
| **Tax:** | DKK 551,963.97 |
| **Net Dividend:** | DKK 1,492,347.03 |

SKAT Fredensborg

Bilag nr. 74-05-11



10 Exchange Square,
Primrose Street, London, EC2A 2EN

---

## DIVIDEND CREDIT ADVICE

**Issue Date: 23-03-2015, Issue No: 2,919**

---

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 23-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 23-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **PANDORA A/S** |
| **Sedol:** | **B44XTX8** |
| **ISIN:** | **DK0060252690** |
| **Ex Date:** | 19-03-2015 |
| **Record Date:** | 20-03-2015 |
| **Pay Date:** | 23-03-2015 |
| **Dividend Per Share:** | DKK 9.00 |
| **No of Shares:** | 443,167 |
| **Gross Dividend:** | DKK 3,988,503.00 |
| **Tax:** | DKK 1,076,895.81 |
| **Net Dividend:** | DKK 2,911,607.19 |

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of the United K[illegible]
FCA Registration Number [illegible] Company Number [illegible] VAT Registration Number [illegible]

SKAT Fredensborg

Bilag nr. 74-05-12



Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

---

## DIVIDEND CREDIT ADVICE

**Issue Date: 10-03-2015, Issue No: 2,652**

---

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 10-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 10-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **TDC A/S** |
| **Sedol:** | **5698790** |
| **ISIN:** | **DK0060228559** |
| **Ex Date:** | 06-03-2015 |
| **Record Date:** | 09-03-2015 |
| **Pay Date:** | 10-03-2015 |
| **Dividend Per Share:** | DKK 1.00 |
| **No of Shares:** | 2,572,455 |
| **Gross Dividend:** | DKK 2,572,455.00 |
| **Tax:** | DKK 694,562.85 |
| **Net Dividend:** | DKK 1,877,892.15 |

..................................................
Name: Sanjay Shah
Solo Capital Partners LLP

SKAT Fredensborg

Bilag nr. 74-05-13



Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

---

## DIVIDEND CREDIT ADVICE

**Issue Date: 30-03-2015, Issue No: 3,616**

---

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 30-03-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 30-03-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | TRYG A/S |
| **Sedol:** | B0LL2W7 |
| **ISIN:** | DK0060013274 |
| **Ex Date:** | 26-03-2015 |
| **Record Date:** | 27-03-2015 |
| **Pay Date:** | 30-03-2015 |
| **Dividend Per Share:** | DKK 29.00 |
| **No of Shares:** | 174,450 |
| **Gross Dividend:** | DKK 5,059,050.00 |
| **Tax:** | DKK 1,365,943.50 |
| **Net Dividend:** | DKK 3,693,106.50 |

SKAT Fredensborg

Bilag nr. 74-05-14



Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE

**Issue Date: 07-04-2015, Issue No: 4,410**

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 07-04-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 07-04-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **VESTAS WIND SYSTEMS A/S** |
| **Sedol:** | **5964651** |
| **ISIN:** | **DK0010268606** |
| **Ex Date:** | 31-03-2015 |
| **Record Date:** | 01-04-2015 |
| **Pay Date:** | 07-04-2015 |
| **Dividend Per Share:** | DKK 3.90 |
| **No of Shares:** | 1,878,951 |
| **Gross Dividend:** | DKK 7,327,908.90 |
| **Tax:** | DKK 1,978,535.40 |
| **Net Dividend:** | DKK 5,349,373.50 |

SKAT Fredensborg

Bilag nr. 74-05-15



CERTIFICATION PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 9, 2015

000033

Taxpayer: ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN
TIN: 47-1369981
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 74-05-16

*Roadcraft Technologies LLC*
*c/o Kaye Scholer LLP*
*425 Park Avenue*
*New York, NY 10022-3598*

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 22nd day of April 2014 by Roadcraft Technologies LLC Roth 401(K) Plan ("The Plan") WITNESSETH AS FOLLOWS:-

1. The Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of The Plan and in The Plan's name and otherwise on The Plan's behalf and as The Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to The Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to The Plan, or through GTB on behalf of The Plan. The Plan also authorises GTB to set the procedure to collect the amounts claimed.

2. The Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in The Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of The Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg
Bilag nr. 74-05-17

**Execution of a deed by a plan formed outside Great Britain**

*Executed as a deed by -*

*Name of plan:* *Roadcraft Technologies LLC Roth 401(K) Plan*

*Acting by name(s) of:* Ronald Altbach

*Duly authorised signatory(ies):* By: [signature], attorney-in-fact

SKAT Fredensborg

Bilag nr. 74-05-18



1/06 2/14

goal
group
accelerating investor returns

CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BOPLDK000009
**Tax Ref:** 47-1369981

27 November 2014

Dear Sir or Madam,

**RE: A/C Roadcraft Technologies LLC Roth 401(K) Plan ROA01**

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

***NatWest Bank***
***High Street Branch Croydon Surrey***
***BIC NWBKGB2L***
***IBAN* GB88 NWBK 6073 0134 0151 59**

Please quote reference **BOPLDK000009**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

[signature]

Melissa-Anne Rodrigues
Senior Operations Analyst

GOAL TAXBACK LIMITED
7th Floor, 69 Park Lane Croydon, Surrey CR9 1BG
t +44 (0)208 760 7130 f +44 (0)208 681 2854
e info@goalgroup.com
Registered in England & Wales ...
Registered Office 7th Floor, 69 ...
Registered for VAT under numbe...

SKAT Fredensborg
Bilag nr. 74-05-19

Confidential Pursuant to Protective Order
SKAT_MDL_001_00056870

106 214

Claim to Relief from Danish Dividend Tax

In my capacity as beneficial owner ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: 1135225.94

**Beneficial Owner**

Full name
Roadcraft Technologies LLC Roth 401(K) Plan

Full address
State of Delaware, 1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

goal

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: 1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

Reg no
Account no 34015159

SWIFT
BLZ NWBKGB2L
IBAN GB88NWBK60730134015159

On reclaim please quote:-OPL DK 9

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and U.S.A.

Date Official stamp and signature

When signed to be forwarded to: **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl nr. U 20a)
06.003 ENG

SKAT Fredensborg
Bilag nr. 74-05-20

13.08 2014
2/08

# INCOME ADVICE

**Roadcraft Technologies LLC Roth 401(K) Plan,** 425 Park Avenue, New York, NY 10022, United States of America,

**TDC A/S**

| **Ticker** | **ISIN** |
|---|---|
| TDC DC | DK0060228559 |

**Dividend**

| **Ex-dividend Date** | **Record Date** | **Payment Date** |
|---|---|---|
| 08-08-2014 | 12-08-2014 | 13-08-2014 |

**Payment details**

| **Dividend Per Share** | **No. of shares** | **Gross** | **Tax** | **Net** |
|---|---|---|---|---|
| DKK 1.50 | 2,803,027 | DKK 4,204,540.50 | DKK 1,135,225.94 | DKK 3,069,314.56 |

Name: Michael Parnes
Old Park Lane Capital PLC

SKAT Fredensborg
Bilag nr. 74-05-21



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION PROGRAM

Date: October 14, 2014

000109

Taxpayer: ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN
TIN: 47-1369981
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg
Bilag nr. 74-05-22

*Roadcraft Technologies LLC*
*c/o Kaye Scholer LLP*
*425 Park Avenue*
*New York, NY 10022-3598*

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 22nd day of April 2014 by Roadcraft Technologies LLC Roth 401(K) Plan ("The Plan") WITNESSETH AS FOLLOWS:-

1 The Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of The Plan and in The Plan's name and otherwise on The Plan's behalf and as The Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to The Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to The Plan, or through GTB on behalf of The Plan. The Plan also authorises GTB to set the procedure to collect the amounts claimed.

2. The Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in The Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of The Plan, provided that GTB is given at least 5 working days notice of such revocation The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg
Bilag nr. 74-05-23



401 15

CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BDK000320
**Tax Ref:** 47-1369981

15 May 2015

Dear Sir or Madam,

**RE: A/C Roadcraft Technologies LLC Roth 401(K) Plan ROA01**

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

***NatWest Bank***
***High Street Branch Croydon Surrey***
***BIC NWBKGB2L***
***IBAN* GB88 NWBK 6073 0134 0151 59**

Please quote reference**ARG BDK000320**.

Would you please confirm safe receipt of this reclaim by sending an email to GTB@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Rodrigues

Melissa-Anne Rodrigues
Operations Manager

San Francisco Philadelphia London Hong Kong

SKAT Fredensborg
Bilag nr. 74-05-24

SKAT

# Claim to Relief from Danish Dividend Tax

[ ] In my capacity as beneficial owner [X] On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: 1,789,899.12

**Beneficial Owner**

Full name
Roadcraft Technologies LLC Roth 401(K) Plan

Full address
State of Delaware, 1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
GTB@goalgroup.com

Signature
Beneficial owner/applicant

Rodrigues

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: 1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

Reg. no
Account no 34015159

SWIFT
BLZ NWBKGB2L
IBAN GB88NWBK60730134015159

On reclaim please quote: 000 DK 320

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and U.S.A.

Date Official stamp and signature

When signed to be forwarded to:
**Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl nr. U 20x)
06.003 ENG

SKAT Fredensborg
Bilag nr. 74-05-25



Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE

**Issue Date: 11-05-2015, Issue No: 5,817**

**Roadcraft Technologies LLC Roth 401(K) Plan**
425 Park Avenue
New York
NY 10022
United States of America

**Date: 11-05-2015**

Dear Sirs,

Please be advised that we have credited your account ROA01, for the value date of 11-05-2015. This payment represents the dividend as shown below:

| | |
|---|---|
| **Security Name:** | **COLOPLAST-B** |
| **Sedol:** | **B8FMRX8** |
| **ISIN:** | **DK0060448595** |
| **Ex Date:** | 07-05-2015 |
| **Record Date:** | 08-05-2015 |
| **Pay Date:** | 11-05-2015 |
| **Dividend Per Share:** | DKK 4.50 |
| **No of Shares:** | 1,473,168 |
| **Gross Dividend:** | DKK 6,629,256.00 |
| **Tax:** | DKK 1,789,899.12 |
| **Net Dividend:** | DKK 4,839,356.88 |

SKAT Fredensborg

Bilag nr. 74-05-26



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION PROGRAM

Date: March 9, 2015

000033

Taxpayer: ROADCRAFT TECHNOLOGIES LLC ROTH 401K PLAN
TIN: 47-1369981
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 8-2008)
Catalog Number 43134V

SKAT Fredensborg
Bilag nr. 74-05-27

*Roadcraft Technologies LLC*
*c/o Kaye Scholer LLP*
*425 Park Avenue*
*New York, NY 10022-3598*

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 22nd day of April 2014 by Roadcraft Technologies LLC Roth 401(K) Plan ("The Plan") WITNESSETH AS FOLLOWS:-

1. The Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of The Plan and in The Plan's name and otherwise on The Plan's behalf and as The Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to The Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to The Plan, or through GTB on behalf of The Plan. The Plan also authorises GTB to set the procedure to collect the amounts claimed.

2. The Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in The Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of The Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg
Bilag nr. 74-05-28

**Execution of a deed by a plan formed outside Great Britain**

*Executed as a deed by -*

*Name of plan:* *Roadcraft Technologies LLC Roth 401(K) Plan*

*Acting by name(s) of:* Ronald Altbach

*Duly authorised signatory(ies):* By: MBK, attorney-in-fact

SKAT Fredensborg

Bilag nr. 74-05-29