# Exhibit 39

# Old Park Lane Capital

# Statement for The FWC Capital LLC Pension Plan (FWC01)

## 01 January 2014 - 31 December 2014

## Statement Summary

The FWC Capital LLC Pension Plan
48 E 21st Street
New York, NY 10010
United States of America

| | USD | DKK | EUR |
|---|---|---|---|
| Opening Cash Balance | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | 0.00 | -25,674,042.60 | 4,982,612.00 |
| Brokerage On Execution | 0.00 | 0.00 | 0.00 |
| Creating Charge | 0.00 | 0.00 | 0.00 |
| Exchange Fees on Futures | 0.00 | 0.00 | 0.00 |
| Cash Stock Loan Settlement | 0.00 | 25,674,042.60 | 4,982,612.00 |
| Total daily MTM on Stock Loan | 0.00 | -25,674,042.60 | 4,982,612.00 |
| Total Fees and Rebates | 0.00 | -156,914.08 | -48,826.12 |
| Realised Forwards Profit & Loss | 0.00 | 17,556,980.62 | -8,664,765.38 |
| Realised Futures Profit & Loss | 0.00 | 0.00 | 0.00 |
| Initial Margin | 0.00 | 0.00 | 0.00 |
| Variation Margins | 0.00 | 2,330,654.41 | 0.00 |
| Dividend and Associated Taxes, Costs (CHR HANSEN HOLDING A/S 28/11/2014) | 0.00 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (ANHEUSER-BUSCH INBEV NV 12/11/2014) | 0.00 | 0.00 | 1,830,979.50 |
| Dividend and Associated Taxes, Costs (COLOPLAST-B 06/12/2014) | 0.00 | 5,861,321.86 | 0.00 |
| Cash Payment/Receipts | 0.00 | 0.00 | 0.00 |
| Total Cash Balance | 0.00 | 0.00 | 0.00 |

Old Park Lane Capital Limited is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 417870). Registered in England no. 05445973. Registered Address: 190 High Street, Tonbridge, Kent TN9 1BE.
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. The times of trades undertaken are available on written request.
Original deposits, premiums and margins are incurred and are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to Old Park Lane Capital Ltd immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

# Equity Transactions

| Trade Date | Settlement Date | Transaction Type | Currency | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Belgium** | | | | | | | | | | |
| 11/11/2014 | 17/11/2014 | Buy | EUR | Bastion Capital London Ltd | ANHEUSER-BUSCH INBEV NV | ABI | 2,441,308.00 | 89.7100 | -219,009,661.26 | -219,009,661.26 |
| 10/12/2014 | 15/12/2014 | Sell | EUR | Bastion Capital London Ltd | ANHEUSER-BUSCH INBEV NV | ABI | -2,441,308.00 | 91.7100 | 223,892,173.26 | 4,882,612.00 |
| | | | | | | | 0.00 | | | 4,882,612.00 |
| **Denmark** | | | | | | | | | | |
| 27/11/2014 | 02/12/2014 | Buy | DKK | Bastion Capital London Ltd | CHR HANSEN HOLDING A/S | CHR | 846,864.00 | 258.9000 | -219,263,089.60 | -219,263,089.60 |
| 04/12/2014 | 09/12/2014 | Buy | DKK | Bastion Capital London Ltd | COLOPLAST B | COLOB | 1,074,214.00 | 527.0000 | -566,110,778.00 | -785,363,867.60 |
| 15/12/2014 | 17/12/2014 | Sell | DKK | Bastion Capital London Ltd | CHR HANSEN HOLDING A/S | CHR | -846,864.00 | 261.0000 | 221,031,504.00 | -564,332,363.60 |
| 17/12/2014 | 19/12/2014 | Sell | DKK | Bastion Capital London Ltd | COLOPLAST B | COLOB | -1,074,214.00 | 501.6000 | 538,718,321.00 | -25,614,042.60 |
| | | | | | | | 0.00 | | | -25,614,042.60 |

Old Park Lane Capital Limited is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 471619), Registered in England no. 06449670. Registered Address: 190 High Street, Tonbridge, Kent TN9 1BE.
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. The times of trades undertaken are available on written request. The rate of exchange will be supplied when the currency has been purchased.  Where transactions involve the purchase of one currency with another the rate of exchange of one currency with another will be supplied. ISSUED SUBJECT TO ARTICLES AND
Original deposits, premiums and margins are incurred are to be paid to us on demand. In the event of default of the condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to Old Park Lane Capital Ltd immediately by telephone and in writing.
RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

# Forward Transactions

| Trade Date | Expiry Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Denmark** | | | | | | | | | | |
| 27/11/2014 | 20/03/2015 | DKK | Sell | Amarhea Enterprises Ltd | CHR HANSEN HOLDING A/S | CHR | -846,864.00 | 256.4200 | 217,152,868.88 | 217,152,868.88 |
| 04/12/2014 | 20/03/2015 | DKK | Sell | Amarhea Enterprises Ltd | COLOPLAST-B | COLOB | -1,074,214.00 | 522.0400 | 560,782,678.56 | 777,936,543.44 |
| 15/12/2014 | 20/03/2015 | DKK | Buy | Amarhea Enterprises Ltd | CHR HANSEN HOLDING A/S | CHR | 846,864.00 | 261.2000 | -221,217,934.08 | 556,717,729.36 |
| 17/12/2014 | 20/03/2015 | DKK | Buy | Amarhea Enterprises Ltd | COLOPLAST-B | COLOB | 1,074,214.00 | 501.9100 | -539,158,748.74 | 17,558,980.62 |
| | | | | | | | 0.00 | | | 17,558,980.62 |
| **Belgium** | | | | | | | | | | |
| 11/10/2014 | 20/03/2015 | EUR | Sell | Cork Oak Capital Ltd | ANHEUSER-BUSCH INBEV NV | ABI | -2,441,306.00 | 89.0000 | 217,276,234.00 | 217,276,234.00 |
| 10/12/2014 | 20/03/2015 | EUR | Buy | Cork Oak Capital Ltd | ANHEUSER-BUSCH INBEV NV | ABI | 2,441,306.00 | 91.7300 | -223,940,999.38 | -6,664,765.38 |
| | | | | | | | 0.00 | | | -6,664,765.38 |

Old Park Lane Capital Limited is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 471970). Registered in England no. 06444973. Registered Address: 190 High Street, Tonbridge, Kent TN9 1BE.
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with exchange the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request.
Original deposits, premiums and margins are incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to Old Park Lane Capital Ltd immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND
RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

# Stock Loan Transactions

| Trade Date | Settlement Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Denmark** | | | | | | | | | | |
| 08/12/2014 | 09/12/2014 | DKK | Lend | Gnosis Capital | COLOPLAST-B | COLOB | -1,074,214.00 | 527.0000 | 566,110,778.00 | 566,110,778.00 |
| 17/12/2014 | 19/12/2014 | DKK | Recall | Gnosis Capital | COLOPLAST-B | COLOB | 1,074,214.00 | 501.6000 | -538,718,321.00 | 27,392,457.00 |
| | | | | | | | 0.00 | | | 27,392,457.00 |
| 01/12/2014 | 02/12/2014 | DKK | Lend | Gnosis Capital | CHR HANSEN HOLDING A/S | CHR | -846,864.00 | 258.9000 | 219,253,089.60 | 219,253,089.60 |
| 16/12/2014 | 17/12/2014 | DKK | Recall | Gnosis Capital | CHR HANSEN HOLDING A/S | CHR | 846,864.00 | 261.0000 | -221,031,504.00 | -1,778,414.40 |
| | | | | | | | 0.00 | | | -1,778,414.40 |
| | | | | | | | | | **Denmark Total** | **25,614,042.60** |
| **Belgium** | | | | | | | | | | |
| 14/11/2014 | 17/11/2014 | EUR | Lend | Gnosis Capital | ANHEUSER-BUSCH INBEV NV | ABI | -2,441,306.00 | 89.7100 | 219,009,561.26 | 219,009,561.26 |
| 10/12/2014 | 15/12/2014 | EUR | Recall | Gnosis Capital | ANHEUSER-BUSCH INBEV NV | ABI | 2,441,306.00 | 91.7100 | -223,892,173.26 | -4,882,612.00 |
| | | | | | | | 0.00 | | | -4,882,612.00 |
| | | | | | | | | | **Belgium Total** | **-4,882,612.00** |

Old Park Lane Capital Limited is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477670). Registered in England no. 05445679. Registered Address: 190 High Street, Tonbridge, Kent TN9 1BE.
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request.
Original deposits, premiums and margins are incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to Old Park Lane Capital Ltd immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND
RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

# Stock Loan Collateral

## Belgium

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 17 November 2014 | 15 December 2014 | Lend | ABI BB | 2,441,306 | 89.7100 | 219,009,561.26 | 91.7100 | -223,892,173.26 | 4,882,612.00 |

| Trade Date | Nominal | Type | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 14 November 2014 | 2,441,306 | Cash | 15 December 2014 | 28 | 0.4134 | 70,412.42 | 0.7000 | -119,238.54 | -48,826.12 |

| | | | | | | | Total SL Collateral MTM | 4,882,612.00 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Fees and Rebates | -48,826.12 |

## Denmark

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 02 December 2014 | 17 December 2014 | Lend | CHR DC | 848,864 | 268.9000 | 219,253,069.60 | 261.0000 | -221,031,504.00 | 1,778,414.40 |

| Trade Date | Nominal | Type | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 01 December 2014 | 848,864 | Cash | 17 December 2014 | 15 | 0.2170 | 19,827.20 | 0.7000 | -63,948.82 | -44,121.61 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09 December 2014 | 19 December 2014 | Lend | COLOB DC | 1,074,214 | 527.6000 | 566,110,778.00 | 501.5000 | -538,718,321.00 | 27,392,457.00 |

| Trade Date | Nominal | Type | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 08 December 2014 | 1,074,214 | Cash | 19 December 2014 | 10 | -0.0173 | -2,715.37 | 0.7000 | -110,077.10 | -112,792.47 |

| | | | | | | | Total SL Collateral MTM | -25,614,042.60 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Fees and Rebates | -156,914.08 |

Old Park Lane Capital Limited is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 471810). Registered in England no. 05445979. Registered Address: 190 High Street, Tonbridge, Kent TN9 1BE.
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. The times of trades undertaken are available on written request. The times of trades undertaken are available on written request, where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased.
Cheques, deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to Old Park Lane Capital Ltd immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

FWCCAP00001037

# Cash Transactions

| Entry Date | Description | Debit/Credit | Balance |
|---|---|---|---|
| **USD** | | | |
| 01/01/2014 | Opening Balance | 0.00 | 0.00 |
| | Closing Balance | | 0.00 |
| | Equity Settlements | 0.00 | 0.00 |
| | Stock Loan Settlements | 0.00 | 0.00 |
| | Dividends | 0.00 | 0.00 |
| | Stock Loan Interest & Fee | 0.00 | 0.00 |
| | Initial Margin | 0.00 | 0.00 |
| | Stock Margin | 0.00 | 0.00 |
| | Realised Forwards P&L | 0.00 | 0.00 |
| | Realised Futures P&L | 0.00 | 0.00 |
| | **Total Balance** | | 0.00 |
| **DKK** | | | |
| 01/01/2014 | Opening Balance | 0.00 | 0.00 |
| | Closing Balance | | 0.00 |
| | Equity Settlements | -25,614,042.60 | -25,614,042.60 |
| | Stock Loan Settlements | 25,614,042.60 | 0.00 |
| | Dividends | 8,211,978.06 | 8,211,978.06 |
| | Stock Loan Interest & Fee | -156,914.08 | 8,055,061.98 |
| | Initial Margin | 0.00 | 8,055,061.98 |
| | Stock Margin | -25,614,042.60 | -17,558,980.52 |
| | Realised Forwards P&L | 17,558,980.52 | 0.00 |
| | Realised Futures P&L | 0.00 | 0.00 |
| | **Total Balance** | | 0.00 |
| **EUR** | | | |

FWCCAP00001038

| Entry Date | Description | Debit/Credit | Balance |
|---|---|---|---|
| 01/01/2014 | Opening Balance | 0.00 | 0.00 |
| | Closing Balance | 0.00 | 0.00 |
| | Equity Settlements | 4,882,912.00 | 4,882,912.00 |
| | Stock Loan Settlements | -4,882,912.00 | 0.00 |
| | Dividends | 1,830,979.50 | 1,830,979.50 |
| | Stock Loan Interest & Fee | -68,826.12 | 1,762,153.38 |
| | Initial Margin | 0.00 | 1,762,153.38 |
| | Stock Margin | 4,882,912.00 | 6,644,765.38 |
| | Realised Forwards P&L | -6,664,765.38 | 0.00 |
| | Realised Futures P&L | 0.00 | 0.00 |
| | Total Balance | | 0.00 |

Old Park Lane Capital Limited is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440670. Registered Address: 190 High Street, Tonbridge, Kent TN9 1BE.
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request.
Original deposits, premiums and margins are incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to Old Park Lane Capital Ltd immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND
RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND THE CORRECTION OF ERRORS AND OMISSIONS.