# Exhibit 49

J.P.Morgan

```
ACCOUNT NUMBER: A  3048   94599
STATEMENT DATE: 13 JUN 2013
```

```
SOLO CAPITAL PARTNERS LLP
4-6 THROGMORTON AVENUE
LONDON
EC2N 2DL
REF: PROPRIETARY DEPARTMENT
     "CLIENT ACCOUNT"
                                            OMNIBUS A/C
```

PAGE    2

```
T/DATE   V/DATE   AT       BUY         SELL  CONTRACT DESCRIPTION       EX TRADE PRICE  CC DEBIT(DR)/CREDIT( )
                  M2                         AVG LONG:     38655.33500     EXCHANGE FEES  EU         49.20DR

                                             AVG SHORT:    38655.33500                                  .00

13JUN13           FQ       89                21 JUN 13 AP MOLLER CSHB     7T 40750.91    DK
                                             BCLEAR REGISTERED
13JUN13           FQ                   89    21 JUN 13 AP MOLLER CSHB     7T 40750.91    DK
                                             BCLEAR REGISTERED
13JUN13           FQ       81                21 JUN 13 AP MOLLER CSHB     7T 40750.92    DK
                                             BCLEAR REGISTERED
13JUN13           FQ                   81    21 JUN 13 AP MOLLER CSHB     7T 40750.92    DK
                                             BCLEAR REGISTERED
13JUN13           FQ      111                21 JUN 13 AP MOLLER CSHB     7T 40750.93    DK
                                             BCLEAR REGISTERED
13JUN13           FQ                  111    21 JUN 13 AP MOLLER CSHB     7T 40750.93    DK
                                             BCLEAR REGISTERED
13JUN13           FQ      104                21 JUN 13 AP MOLLER CSHB     7T 40750.94    DK
                                             BCLEAR REGISTERED
13JUN13           FQ                  104    21 JUN 13 AP MOLLER CSHB     7T 40750.94    DK
                                             BCLEAR REGISTERED
                  M2      385*        385*                                COMMISSION     EU        616.00DR
                  M2                         AVG LONG:     40750.92597    CLEARING FEES  EU         38.50DR
                  M2                         AVG SHORT:    40750.92597    EXCHANGE FEES  EU        115.50DR


13JUN13           FQ       89                20 DEC 13 AP MOLLER CSHB     7T 40861.28    DK
                                             BCLEAR REGISTERED
13JUN13           FQ                   89    20 DEC 13 AP MOLLER CSHB     7T 40861.28    DK
                                             BCLEAR REGISTERED
                  M2       89*         89*                                COMMISSION     EU        142.40DR
                  M2                         AVG LONG:     40861.28000    CLEARING FEES  EU          8.90DR
                  M2                         AVG SHORT:    40861.28000    EXCHANGE FEES  EU         26.70DR


*** PURCHASE & SALE ***

T/DATE   V/DATE   AT       BUY         SELL  CONTRACT DESCRIPTION       EX TRADE PRICE  CC DEBIT(DR)/CREDIT( )
13JUN13           FQ       36                21 JUN 13 AP MOLLER CSHA     7T 38550.87    DK
13JUN13           FQ                   36    21 JUN 13 AP MOLLER CSHA     7T 38550.87    DK
13JUN13           FQ       32                21 JUN 13 AP MOLLER CSHA     7T 38550.88    DK
13JUN13           FQ                   32    21 JUN 13 AP MOLLER CSHA     7T 38550.88    DK
13JUN13           FQ       46                21 JUN 13 AP MOLLER CSHA     7T 38550.89    DK
13JUN13           FQ                   46    21 JUN 13 AP MOLLER CSHA     7T 38550.89    DK
13JUN13           FQ       42                21 JUN 13 AP MOLLER CSHA     7T 38550.90    DK
13JUN13           FQ                   42    21 JUN 13 AP MOLLER CSHA     7T 38550.90    DK
13JUN13           FQ       36                21 JUN 13 AP MOLLER CSHA     7T 38550.91    DK
13JUN13           FQ                   36    21 JUN 13 AP MOLLER CSHA     7T 38550.91    DK
13JUN13           FQ       40                21 JUN 13 AP MOLLER CSHA     7T 38550.92    DK
13JUN13           FQ                   40    21 JUN 13 AP MOLLER CSHA     7T 38550.92    DK
13JUN13           FQ       42                21 JUN 13 AP MOLLER CSHA     7T 38550.93    DK
13JUN13           FQ                   42    21 JUN 13 AP MOLLER CSHA     7T 38550.93    DK
13JUN13           FQ       46                21 JUN 13 AP MOLLER CSHA     7T 38550.94    DK
13JUN13           FQ                   46    21 JUN 13 AP MOLLER CSHA     7T 38550.94    DK

                          320*        320*
```

*[Handwritten annotation: "check for a clearest ext fee poly /250"]*