# Exhibit 58

| | |
|---|---|
| To: | Colbrook Limited |
| Cc: | Solo Capital Partners LLP (As Custodian) |
| From: | RJM Capital Pension Plan |
| Date: | 16 April 2013 |
| Re: | Terms of Stock Loan |

Pursuant to Section 3 of our Global Master Securities Lending Agreement this email will serve as a confirmation of the terms for the following loan of securities:

| | | |
|---|---|---|
| LENDER: | RJM Capital Pension Plan | |
| BORROWER: | Colbrook Limited | |
| TRADE DATE: | 16 April 2013 | |
| SETTLEMENT DATE: | 17 April 2013 | |
| ISSUER NAME: | AP MOELLER-MAERSK A/S-B | |
| ISIN: | DK0010244508 | |
| SHARES: | 10,400 | |
| HAIRCUT: | None | |
| CASH COLLATERAL: | DKK | 454,275,009 |
| TERM: | Open | |
| INTEREST RATE: | Overnight DKK LIBOR plus 70 basis points, payable to Borrower | |
| FEE TO LENDER: | Overnight DKK LIBOR plus 49.5500 basis points, payable by Borrower | |
| DIVIDENDS: | 100% to Lender | |

**Please make all EUR payments to the following instructions:**

| | |
|---|---|
| Beneficiary Bank: | JP Morgan Chase Bank Frankfurt |
| Swift Code: | CHASDEFXXXX |
| Beneficiary: | JP Morgan Chase Bank |
| Swift Code: | CHASGB2L |

| | |
|---|---|
| Further Credit to Solo Capital Partners LLP | |
| Account Number: | 0041004677 |
| IBAN: | GB75CHAS60924241004677 |
| FBO: | RJM Capital Pension Plan – Account RJM01 |

Highly Confidential