# Exhibit 71

| | |
|---|---|
| **From:** | tradeapprovals@oldplc.com |
| **To:** | Trading@BasaltPension.com <Trading@BasaltPension.com> |
| **CC:** | Patrickmilne@bastioncapital.co.uk <Patrickmilne@bastioncapital.co.uk>;AdrianMilne@totemjlt.com <AdrianMilne@totemjlt.com>;tradeapprovals@oldplc.com <tradeapprovals@oldplc.com> |
| **Sent:** | 8/7/2014 1:22:23 PM |
| **Subject:** | Account (BVL01) - trade approved |

Dear Client,

In relation to the trade referred to below (**_Trade_**), Old Park Lane Capital approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Old Park Lane Capital will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@oldplc.com.

Global Securities Services

**Old Park Lane Capital**

Details of Trade:

| | |
|---|---|
| **Client Account** | BVL01 |
| **Counterparty** | Bastion Capital London Limited |
| **Trade Type** | Buy |
| **Ticker** | TDC |
| **Product (Instrument)** | Equity (Equity) |
| **Currency** | DKK |
| **Price** | |
| **Quantity/Contracts** | 2,876,867 |
| **Shapes** | **Shape 1** 2,876,867 |
| **Notional** | |
| **Trade Date** | 07 August 2014 |
| **Settlement Date** | 13 August 2014 |

**CONFIDENTIAL**