# Exhibit 72

# Bastion Capital London Ltd Equities Trade Confirmation



**Confirmation for client name:**

| Basalt Ventures LLC Roth 401K Plan |
| --- |

Bastion Capital London has on your instructions arranged the following equities trade for you

**Trade date:**

| 7 August 2014 |
| --- |

**Stock:**

| TDC A/S |
| --- |

**ISIN:**

| DK0060228559 |
| --- |

**Ticker:**

| TDC DC |
| --- |

**Settlement date/ Stock purchase value date**

| 13 August 2014 |
| --- |

**Transaction:**

| B/S | Volume | Price |
| --- | --- | --- |
| B | 2,876,867 | 51.35 |

**Trade currency:**

| DKK |
| --- |

**Arranging Broker**

| Patrick Milne |
| --- |

**Arrangement fee:**

| DKK | 1,846.59 |
| --- | --- |

Please notify any any errors or ommisions immediately to:

patrickmilne@bastioncapital.co.uk
**27-32 Old Jewry**
**London EC2R 8DQ**
**Mobile: +44 (0) 7866774717**

**Thank you for the trade**

**Telephone: +44 (0) 2076210924**
www.bastioncapital.co.uk

CONFIDENTIAL

WH_MDL_00035237