# Exhibit 78

| **From:** | trading@RoadcraftPension.com |
| **To:** | Patrick Milne <PatrickMilne@bastioncapital.co.uk> |
| **Sent:** | 8/7/2014 12:12:06 PM |
| **Subject:** | Re: Request for Liquidity - TDC DC |

Confirmed

On Aug 7, 2014, at 11:57 AM, Patrick Milne <PatrickMilne@bastioncapital.co.uk> wrote:

Hi I see closing price of TDC DC as 51.35 , please confirm.

Thanks for the business today

Have a good evening

Regards

Pat

---

**From:** Patrick Milne
**Sent:** 07 August 2014 15:57
**To:** Patrick Milne; 'trading@RoadcraftPension.com'; Adrian Milne
**Subject:** RE: Request for Liquidity - TDC DC

Guys you are filled here thanks

---

**From:** Patrick Milne
**Sent:** 07 August 2014 13:28
**To:** 'trading@RoadcraftPension.com'; Adrian Milne
**Subject:** RE: Request for Liquidity - TDC DC

Thanks for the interest I will be back asap

---

**From:** trading@RoadcraftPension.com[mailto:trading@RoadcraftPension.com]
**Sent:** 07 August 2014 13:13
**To:** Adrian Milne; Patrick Milne
**Subject:** Request for Liquidity - TDC DC

Good Morning – hope all is well.

Pursuant to Section 3.3(a) of the Guarantee Deed among Old Park Lane PLC, **Roadcraft Technologies LLC Roth 401K Plan**and Bastion Capital London Limited

**Roadcraft Technologies LLC Roth 401K Plan - Account ROA01**– hereby seeks liquidity for the following transactions:

- **BUY CASH EQUITITES**
- **ISSUER NAME** – TDC DC
- **ISIN** – DK0060228559
- **SHARES** – 2,803,027
- **PRICE** – End of Day
- **TRADE DATE** – 07 August 2014
- **SETTLEMENT DATE/STOCK PURCHASE VALUE DATE** – 13 August 2014
- **BROKER** – Bastion Capital London Limited

Please contact us to confirm what you are seeing and if you have liquidity to offer.

Regards,

Matthew

---

Bastion Capital Group | London : 27-32 Old Jewry EC2R 8DQ | Paris : 21 Boulevard Haussmann 75009 | Geneva : 116 Rue De Rhone 1204

Bastion Capital London Ltd is Authorised and Regulated by the Financial Conduct Authority. For more information about BCL, please visit our web site at www.bastioncapital.co.uk Internet communications are not secure and therefore BCL does not accept legal responsibility for the contents of this message. Although BCL operates anti-virus programmes, it does not accept responsibility for any damage whatsoever that is caused by viruses being passed. Any views or opinions presented are solely those of the author and do not necessarily represent those of BCL. Replies to this email may be monitored by BCL for operational or business reasons. No responsibility is accepted for the accuracy of the information or any prices quoted herein, and all opinions and estimates included herein constitute our judgement as of this date and are subject to change without notice. This material is not intended as an offer or solicitation to buy or sell any product referred to herein. We advise you to take independent legal and financial advice prior to entering into any transactions.

CONFIDENTIAL