# Exhibit 86

# Bastion Capital London Ltd Equities Trade Confirmation



**Confirmation for client name:** | The FWC Capital LLC Pension Plan

**Bastion Capital London has on your instructions arranged the following equities trade for you**

**Trade date:** | 27 November 2014

**Stock:** | CHR HANSEN HOLDING A/S

**ISIN:** | DK0060227585

**Ticker:** | CHR DC

**Settlement date/ Stock purchase value date** | 2 December 2014

**Transaction:**

| B/S | Volume | Price |
|-----|--------|-------|
| B | 846,864 | 258.90 |

**Trade currency:** | DKK

**Arranging Broker** | Patrick Milne

**Arrangement fee:** | DKK | 2,740.66

**Please notify any any errors or ommisions immediately to:**

patrickmilne@bastioncapital.co.uk

**12 Nicholas Lane**

**London EC4N 7BN**

**Mobile: +44 (0) 7866774717**

**Telephone: +44 (0) 2076210924**

**Thank you for the trade**

www.bastioncapital.co.uk

FWCCAP00001249