# Exhibit 90

Message

| | |
|---|---|
| **From**: | Jon Chester [jon.chester@sunrisebrokers.com] |
| **Sent**: | 3/27/2015 4:49:25 AM |
| **To**: | trading@pacificindiallc.com |
| **Subject**: | Sunrise Trade Confirmation 26th March 2015 |
| **Attachments**: | image001.png; 115032708500109023.gif |

**SUNRISE BROKERS TRADE CONFIRMATION 26th March 2015**

**To confirm:**

The Proper Pacific LLC 401k Plan

BUY

180,313 CARLB DC @ DKK 571.5

Splits - N/A

Notional: DKK 103,048,879.50

Settlement date: 31 March 2015

Commission: DKK 644.06

**Please treat this confirmation as a primary invoice. Resume to follow in due course with FX calculation.**

Jon Chester
**Equity Derivatives Broker**



/ Regent's Place / London / NW1 3HG / UK
T: +44 20 7612 8503 / F:
www.sunrisebrokers.com

All prices are indicative only. All prices and fills are subject to formal confirmation by phone and subject to confirmation of the eligibility of the counter party. Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and

PROPPACIF00002209

the seller, and further agree to hold Sunrise Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as investment advice, or as an official statement of Sunrise. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This email message has been swept by MailMarshal and Mimecast for the presence of computer viruses and other undesirable content.

Authorised and Regulated by the Financial Conduct Authority.

T: +44 (0) 207 0549800

PROPPACIF00002210