# Exhibit 35



SKAT

Notat

Inddrivelse
Betaling og Regnskab
SAP38 - Taastrup

15. Juli 2014

# Endelig regnskabsgodkendelse - periode 06.2014

SAP38 har i forbindelse med regnskabsafslutningen og i forlængelse af sandsyn-
lighedskontrollen foretaget kontrol med, at aktiver og passiver er regnskabsmæs-
sigt afstemt for firmakode 6112 Udbytte.

- **Status på arbejdsopgaver**

Udbytteskat er ajour med behandlingen af kundehenvendelser via
Remedy og mailpostkassen.

- **Manglende udførsel af opgaver**

Udbytteskat er blevet meget sårbar, da driftsenheden har haft meget
stor personaleafgang og der er ta medarbejdere tilbage, som er meget
specialiseret inden for de enkelte områder.

Det bør overvejes, hvorvidt opgaverne helt eller delvist skal overflyttes til
DMO/DMS i Horsens eller Ringkøbing.

- **Indtægter eller udgifter, som skønnes at have væsentlig betydning
  for om regnskabet er retvisende**

På konto 2236 er der pr 30. juni 2014 udbetalt 4.116.519.370 mia kr i
refusion til udenlandske aktionærer, hvilket sammenlignet med totaltallet
for 2013 2.851.494.605 mia kr betyder en stigning på 1.265.024.765 mia kr
midtvejs i 2014.

En årsag hertil kan være, at flere amerikanske pensionskasser foretager op-
køb i danske virksomheder.

De amerikanske pensionskasser skal ikke betale dansk skat, så derfor de
meget store tilbagebetalinger.

Confidential Pursuant to Protective Order                SKAT_MDL_001_00278619

- **Hvorvidt der i perioden er konstateret væsentlige fejl og mangler, herunder hvornår, der er foretaget fejlrettelse med angivelse af bilagsnummer og periode.**

Ingen bemærkninger.

SAP38 har foretaget vurdering af månedens indtægter og udgifter samt aktiver og passiver for firmakode 6112 Udbytteskat og disse anses for at være

DorthePanneru

Confidential Pursuant to Protective Order

SKAT_MDL_001_00278620

AFSTEMNINGSSKEMA

Afstemning af månedsregnskab pr. 03.07.2014 for Udbytte m.v.

PERIODE: 2014 Juni

| NAVN | BELØB |
|------|------:|
| AKTIVER I ALT | 717.501,20 |
| PASSIVER I ALT | -5.343.195.824,01 |
| § 38 I ALT | 5.342.473.842,94 |
| § 9 I ALT | 4.479,87 |
| * RESULTAT | 0,00 |

AFSTEMNING FORETAGET DEN    ¹⁵/₀₇ - 2014    _[signature]_

UNDERSKRIFT

Firmakoder: 6112
Udbytte m.v.

KOMPRIMERET MÅ?EOSREGNSKAB

Dato: 03.07.2014 KL. 10:57:52
BrugerIO: W03504
Rap.Grp: FAlS Rap: TS14A

SELEKTION'ER:

Periode: Juni
Regnskab!år: 2014
Ledger: TS
Recordart: 0
Bibliotek: TSS
Klient: 238
Rap.sidst ændret: 15.03.2006

SKAT_MDL_001_00278622

Firmakode: 6112                     Komprimeret månedsrapport        Dato: 03.07.2014 Tid: 10:57:52        Side    2
Udbytte m.v.                                Juni                     BrugerID: W03504
                                            2014                     Rap.grp: PA15 Rap: TS14A

| Aktiver og passiver | Primosaldo | Debet. Jwi | Kredit Jw 1 | Netto Jtni | Ultimo Jwi | Ændring |
|---|---|---|---|---|---|---|
| Beholdninger | | | | | | |
| Aktiver | | | | | | |
| Debitorer | | | | | | |
| Debitorer | 766.507,98 | 84.937.041,30 | -84.986.048 ,08 | 49. 006,78 | 717.501,20 | 6,4 |
| Bankkonti | | | | | | |
| Bankkonti | 0,00 | 3.786.148.940,09 | -3.786.148.940,09 | 0,00 | 0,00 | 0,0 |
| Aktiver | 766.507,98 | 3.871.085.981,39 | -3.871. 134.988 ,17 | 49.006,78 | 717.501,20 | 6,4 |
| Passiver | | | | | | |
| Interimskonti (versur i DCB) | | | | | | |
| Interimskonti (versur i DCB) | 54.642.791.130,18 | 2.407.801,79 | +1 754.243.804,87 | -1.751.836.003,08 | 52.890.955.127,1 0 | -3,2 |
| MellemrBJninger | | | | | | |
| Mellemre.Jninger | -1.067.043.690,26 | 0,00 | +90.276.937,30 | +90.276.937,30 | +1,157.320.627,56 | 8,5 |
| Tekniske konti | | | | | | |
| Tekniske konti | 0,00 | 84.901.221,28 | 84.901.221,28 | 0,00 | 0,00 | 0,0 |
| Egenkapital - efterpost. | | | | | | |
| Egenkapital - efterpost. | -57.076.830.323,55 | 0 | 0,00 | 0,00 | -57.076.830.323,55 | 0,0 |
| Passiver | -3.501.082.883,6 3 | 87.309.023,07 | +1.929.421.96 3,45 | 1. 842.112.940.38 | +5.343.19 5.824.01 | 52,6 |
| Beholdninger | -3.500.316.375,65 | 3.958.395.004,46 | 5.8 00.556.951,62 | +1.842.161.947,16 | +5.342.478.322,81 | 52,6 |

Firmakode: 6112
Udbytte m.v.

Komprimeret månedsrapport
Juni
2014

Dato: 03.09.2014 Clid: 10:57:52    Side   3
BrugerID: W03504
Rap.grp: FALS Rap: TS14A

| Finanslovsstruktur | Primosaldo | Debet Jmi | Kredit Jmi | Netto Jlni | Ultimo Jinii | Ændring |
|---|---|---|---|---|---|---|
| Alle Finanslovens un::lerkonti | | | | | | |
| § 38 skatter og afgifter | | | | | | |
| 38.11 Personskatter | | | | | | |
| 38.11.01 Personskatter | | | | | | |
| 38.11.01 Personskatter | 2.214.826.044,62 | 1.644.680.944,40 | -2.521.799,08 | 1.842.159.145,32 | 4.036.985.189,94 | 83,3 |
| 38.11 Personskatter | 2.214.826.044,62 | 1.844.880.944,40 | -2.521.799,88 | 1.842.159.145,32 | 4.056.985.189,94 | 83,2 |
| 38.13 Selskabsskatter m.v. | | | | | | |
| 38.13.01 Indkomst.skat selskaber | | | | | | |
| 38.13.01 Indkomstskat selskaber | 795.511.150,00 | 0,00 | 0,00 | 0,00 | 795.511.150,00 | 0,0 |
| 38.13 Selskabsskatter m.v. | 795.511.150,00 | 0,00 | 0,00 | 0,00 | 795.511.150,00 | 0,0 |
| 38.61 Renteindtægter m.v. | | | | | | |
| 38.61.01 Renteindtægter m.v. | | | | | | |
| 38.61.01 Renteindtægter m.v. | 489.977.503,00 | 0,00 | 0,00 | 0,00 | 489.977.503,00 | 0,0 |
| 38.61 Renteindtægter m.v. | 489.977.503,0 | 0,00 | 0,00 | 0,00 | 489.977.503,00 | 0,0 |
| § 38 Skatter og afgifter | 3.500.314.697,62 | 1.644.680.944,4 0 | -2.521.799,0 8 | 1.842.159 .145,32 | 5.342.473.842,94 | 52 ,6 |
| § 9 Skatteministeriet | | | | | | |
| 09.21 Skatte- og afgiftsforva ltning | | | | | | |
| 09.21 03 Gebyrer, retsafgifter m.v. | | | | | | |
| 09.21 03 Gebyrer, retsafgifter m.v. | 1.678,03 | 2.801,84 | 0 | 2.801,84 | 4.479,87 | 167,0 |
| 09.21 skatte- og afgiftsforvaltning | 1.678,03 | 2.801,84 | 0 | 2.801,84 | 4.479,87 | 167,0 |
| § 9 Skatteministeriet | 1.678,03 | 2.801,84 | 0 | 2.801,84 | 4.479,87 | 167,0 |
| Alle Finanslovens un::lerkonti | 3.500.316.375,65 | 1.844.683.746,24 | -2.521.799,08 | 1.842.161 .947,16 | 5.342.478.322 ,81 | 52,6 |

u,

ae.

Confidential Pursuant to Protective Order

SKAT_MDL_001_00278624

SKAT

LISTE SLOT

E
U
:

LISTE SLUT

Confidential Pursuant to Protective Order

Region Midtjylland
Regnskab

| | | | Udført af | |
|---|---|---|---|---|
| Regnskabsperiode: juni 2014 | | | | FK 6112 Udbytte |
| Pkt. | Kontrolpunkt navn | Dato | medarbejder | Bemærkninger |
| | **Før lukning af regnskabsperioden** | | | |
| AOI | Batch input | 02-07-2014 | w03651 | Gennemgang afkontrolpkt. - ingen bemærkninger til §38 kontoret |
| A02 | Kontrol afbetalinger i SAP38 og Danske Bank | 02-07-2014 | w03651 | Gennemgang afkontrolpkt. - ingen bemærkninger til §38 kontoret |
| A06 | Tekniske debitorer og ukendte debitorer fra DR rt:isegods i og udenfor EU | 02-07-2017 | w03651 | Gennemgang afkontrolpkt. - ingen bemærkninger til §38 kontoret |
| A07 | Gennemgå debitorkontiene 3000-3006 | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A14 | Afstemning og udligning af hovedbogskonti | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A19 | Afstemning af interimskonto 4100 - 4106 | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A20 | Afstemning af artskonto 3885 (indbetalinger i afvigende perioder) | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A22 | Afstemning af konto 4118 SKB mellemregning (FFI konti med kontoudtog) samt afstemning af konto 3636 SKB FFI | 02-07-2014 | w03651 | Gennemgang afkontrolpkt. - ingen bemærkninger til §38 kontoret |
| A24 | Kontrol af indtægtskonti - udgiftskonti | 02-07-2014 | w03651 | Gennemgang afkontrolpkt. - ingen bemærkninger til §38 kontoret |
| A50 | Kontrol af konto 1227 uanbringelige ind- og udbetalinger og I225 ej effektueret TURS | 02-07-2014 | w03651 | Gennemgang afkontrolpkt. - ingen bemærkninger til §38 kontoret |
| | **Efter lukning af regnskabsperioden (hver måned)** | | | |
| B02 | Bogførte poster mellem "foreløbig" og endelig regnskabsrapport | | | |
| B03 | Ad Hoc undersøgelse på baggrund af henvendelse fra regnskab1 | | | |
| B04 | Kontrol og afstemning af kvittering for regnskabsrapport, det endelige- og komprimerede regnskab | 15-07-2014 | w03504 | Afstemt og afleveret til underskrift |
| | **Kvartalsvis før lukning af regnskabsperioden** | | | |
| Q02 | Ikke placerede udbetalinger på artskonto 4100 (interimskonto) | | | |
| YOI | Supplementsperioder | | | |
| | **Ved regnskabsårets udgang** | | | |

Y02  Årsafslutning

Confidential Pursuant to Protective Order    SKAT_MDL_001_00278626

Confidential Pursuant to Protective Order

(+)
**Tax**

Note

**Recovery
Payment and
Accounting SAP38 -
Taastrup**

15. **July 2014**

# Final accounting approval - period 06.2014

Sap38 has checked, in connection with the clearance of accounts and in the context of the probability check, that assets and liabilities are accountingly aligned with company code 6112 Dividends.

- **Status of work tasks**

Dividend tax is up to date with the processing of customer inquiries via Remedy and the mail mailbox.

- **Failure to perform tasks**

Dividend tax has become very vulnerable as the operating unit has had very large staff departures and there are a number of employees who are very specialized in the individual areas.

Consideration should be given to whether the tasks should be transferred in whole or in part to DMO/DMS in Horsens or Ringkøbing.

- **Revenue or expenditure deemed to have a significant impact on the true and fairest of the accounts**

Item 2236 is available on 30 June 2005. The total for 2013 was DKK 2,851,494,605 billion, which compared to the total for 2013 was DKK 2,851,494,605 billion, an increase of DKK 1,265,024,765 billion midway through 2014.

One reason for this may be that several American pension funds make purchases in Danish companies.

The American pension funds do not have to pay Danish tax, so therefore the very large repayments.

Confidential Pursuant to Protective Order
SKAT_MDL_001_00278619_T

- **Whether significant deficiencies have been identified during the period, including when corrections have been made, indicating the document number and period.**

No comment.

SAP38 has assessed the revenue and expenditure of the month, as well as assets and liabilities of company code 6112 Dividend tax and these are considered to be

DorthePanneru

Confidential Pursuant to Protective Order

SKAT_MDL_001_00278619_T

RECONCILIATION
SCHEDULE

Reconciliation of monthly accounts by 03.07.2014 for Dividends etc.

Period: 2014 June

| NA VN | Amount |
|---|---|
| TOTAL ASSETS | 717.501,20 |
| TOTAL LIABILITIES | -5.343.195.824,01 |
| TOTAL § 38 | 5.342.473.842,94 |
| § 9 TOTAL | 4.479,87 |
| * Result | 0,00 |

VOTE TAKEN ON        15/07 - 2014   *[signature]*

Signature

```
Company codes: 6112 Yields          COMPRESSED DO? EOS FINANCIAL          Date: 03.07.2014 KL. 10:57:52
etc.                                STATEMENTS                           UserIO: W03504
                                                                         Rap.Grp: FAlS Rap:
                                                                         TS14A

SELECTIONS:

Period: June
Company!year: 2014
Ledger: Ts
Recordart: o
Library: Tss
Client: 238
Rap.last modified: 15.03.2006
```

Confidential Pursuant to Protective Order

SKAT_MDL_001_00278619_T

| Company code: 6112<br>Yields etc. | Compressed Monthly Report<br>June<br>2014 | | | Date: 03.07.2014 Time: 10:57:52      Page   2<br>Userid: W03504 Rap.grp:<br>FA15 Rap: TS14A | | |
|---|---|---|---|---|---|---|
| **Act.iver and liabilities** | Opening balance | Debit. Jwi | Kred it J w | Net Jtni | Ultimo Jwi | **Change** |
| On-Hand | | | | | | |
| Assets | | | | | | |
| Accounts | | | | | | |
| receivables | 766.507,98 | 84.937.041,30 | -84.986.048 ,08 | 49. 006,78 | 717.501,2 0 | 6,4 |
| Customers | | | | | | |
| Bank | 0,00 | 3.786.148.940,09 | -3.786.148.940,09 | 0,00 | 0,00 | 0,0 |
| accounts | 766.507,98 | 3.871.085.981,39 | -3.871. 134.988 ,17 | 49.006,78 | 717.501,20 | 6,4 |
| Bank | | | | | | |
| accounts | | | | | | |
| Assets | 54.642.791.130,18 | 2.407.801,79 | +1. 754.243.804.87 | -1.751.836.003,08 | 52.890.955.127,1 0 | -3,2 |
| **Liabilities** | | | | | | |
| Interim accounts (versur in | -1.067.043.690,26 | 0,00 | +90.276.937,30 | + 90. 276.937.30 | +1.157.320.627,56 | 8,5 |
| DCB) Interim accounts | | | | | | |
| (versur in DCB) Intermediate | 0,00 | 84.901.221,28 | 84.901.221,28 | 0,00 | 0,00 | 0. 0 |
| accounts | | | | | | |
| Technical accounts | -57.076.830.323,55 | 0 | 0,0 0 | 0,00 | - 57.076.830.323,55 | 0,0 |
| Technical accounts | -3.501.092.893,6  3 | 87.309.023,07 | +1.929.421.96 3,45 | 1. 842.112.940.38 | +5.343.19 5.824.01 | 52,6 |
| Equity - afterpost. | -3.500.316.375,65 | 3.958.395.004,46 | 5.8 00.556.951,62 | +1.842.161.947 ,16 | -5.342.478.322,81 | 52,6 |

lii

Confidential Pursuant to Protective Order

| Company code:<br>6112 Yields<br>etc. | Compressed Monthly Report<br>June<br>2014 | | | Date: 03.07.2014 Time: 10:57:52    Page  3<br>Userid: W03504 Rap.grp:<br>FA1S Rap: TS14A | | |
|---|---|---|---|---|---|---|
| Budget structure | Opening balance | Debet Jmi | Credit Jmi | Net Jlni | Ultimo Jinil | Change |
| All the accounts of the Finance Act | | | | | | |
| § 38 taxes | | | | | | |
| 38.11 Personal taxes | | | | | | |
| 38.11.01 Personal taxes | | | | | | |
| 38.11.01 Personal taxes | 2.214.826.044,62 | 1.844.680.944,40 | -2.521.799,08 | 1.842.159.145,32 | 4.056.985.189,94 | 83,2 |
| 38.11 Personal taxes | 2.214.826.044,62 | 1.844.680.944,40 | -2.521.799,08 | 1.842.159.145,32 | 4.056.985.189,94 | 83,2 |
| 38.13 Corporate taxes, etc. | | | | | | |
| 38.13.01 Income tax corporations | | | | | | |
| 38.13.01 Income tax corporations | 795.511.150,00 | 0,00 | 0,00 | 0,00 | 795.511.150,00 | 0,0 |
| 38.13 Corporate taxes, etc. | 795.511.150,00 | 0,00 | 0,00 | 0,00 | 795.su .150,00 | 0,0 |
| 38.61 Interest income, etc. | | | | | | |
| 38.61.01 Interest income, etc. | | | | | | |
| 38.61.01 Interest income, etc. | 499.977.5 03,00 | 0,00 | 0,00 | 0,00 | 489.977.503,00 | 0,0 |
| 38.61 Interest income, etc. | 489.977.503,0 | 0,00 | 0,00 | 0,00 | 489.977.503,00 | 0,0 |
| § 38 Taxes and charges | 3.500.314.697,62 | 1.844.680.944,4 0 | -2.521.799,0B | 1.B42.159 .145.32 | 5.342.473.842,94 | '32 ,6 |
| § 9 Ministry of Taxation | | | | | | |
| 09.21 Tax evasion | | | | | | |
| 09.21 03 Fees, court fees, etc. | | | | | | |
| 09.21 03 Fees, court fees, etc. | 1.678,03 | 2.801,84 | 0 | 2.801,84 | 4.479,87 | 167,0 |
| 09.21 tax administration | 1.678,03 | 2.801,84 | 0 | 2.801,84 | 4.479,87 | 167,0 |
| § 9 Ministry of Taxation | 1.678,03 | 2.801,84 | 0 | 2.BO1 | 4.479,87 | 167,0 |
| All the accounts of the Finance Act | 3.500.316.375,65 | 1.844.683.746,24 | -2.521.799,08 | 1.842.161 .947,16 | 5.342.478.322 ,81 | 52,6 |

U,

Ae.

Confidential Pursuant to Protective Order

SKAT_MDL_001_00278619_T

Tax

LISTE SLUT

LISTE SLUT

SKAT_MDL_001_00278619_T

Region Midtjylland
Accounting

14-07-2014

**Accounting period: June 2014**                                   **FK 6112 Dividend**

| Point. | Checkpoint name | Date | Done by Employee | Comments |
|---|---|---|---|---|
| | **Before closing the fiscal period** | | | |
| Aoi | Batch input | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the |
| A02 | Control payments in SAP38 and Danske Bank | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the §38 Office |
| A06 | Technical customers and unknown customers from | 02-07-2017 | w03651 | Review of control point 100000000000000 - No comments on the |
| A07 | DR rt:isegods inside and outside the EU Review debtor accounts 3000-3006 | 02-07-2014 | w03651 | §38 office Review of inspection points. - no comments to the §38 |
| **A14** | Reconciliation and settlement of ledger | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the |
| A19 | Reconciliation of interim account 4100 - 4106 | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the |
| A20 | Reconciliation of category account 3885 (deposits in 2014 deviant periods) | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the §38 Office |
| A22 | Reconciliation of item 4118 SKB intercompany (FFI accounts with bank statements) and reconciliation of account 3636 SKB FFI | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the §38 Office |
| A24 | Control of revenue accounts - expense accounts | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the §38 Office |
| A50 | Checking item 1227 disbursements and 1225 not effected TURS | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the §38 Office |
| | **After the closure of the accounting period (each month)** | | | |
| B02 | Posted entries between "provisional" and final financial report | | | |
| B03 | Ad Hoc study based on inquiries from financial statements1 | | | |
| B04 | Checking and reconciliation of receipt for financial report, the final and compressed company accounts | 15-07-2014 | w03504 | Reconciled and delivered for signature |
| | **Quarterly before closing the fiscal period** | | | |
| Q02 | Unplaced deposits in category account 4100 (interim account) | | | |
| | YOI Supplement Periods | | | |

**At the end of the financial year**

Y02 Year-end

Confidential Pursuant to Protective Order

Confidential Pursuant to Protective Order