# Charlotte Woodward

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 20 March 2014 17:17 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

## Trade Reference 231978

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Settlement Date: | 26/03/2014 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534915 |
| Gross Price: | 246.703250 |
| Net Price: | 246.703250 |
| Quantity: | 2,000,000 |
| Settlement Method: | DNI |
| Net Cash: | 493,406,500.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28573-105291 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018150 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:    Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL   ED&F-00048739

# Charlotte Woodward

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 20 March 2014 17:17 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

### Trade Reference 231629

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Customer: | KAMCO LP PROFIT SHARING PLAN FBO |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NFY16APR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 243.13 |
| Quantity: | 35,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28602-105213 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018127 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:    Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                           ED&F-00048740

# Charlotte Woodward

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 20 March 2014 17:17 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

**Trade Reference 231977**
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Settlement Date: | 26/03/2014 |
| Customer: | KAMCO LP PROFIT SHARING PLAN FBO |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534915 |
| Gross Price: | 246.703250 |
| Net Price: | 246.703250 |
| Quantity: | 3,500,000 |
| Settlement Method: | DNI |
| Net Cash: | 863,461,375.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28573-105290 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018150 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:    Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL
ED&F-00048741

# Charlotte Woodward

| | |
|---|---|
| **From:** | LDN-SECOPS-MB <secops@edfmancapital.com> |
| **Sent:** | 20 March 2014 17:17 |
| **To:** | LDN-EQUITYFINANCE-REPORTING-MB |
| **Attachments:** | ATT00001.bin |

## Trade Reference 231628

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Customer: | KAMCO INVESTMENTS INC PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NFY16APR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 243.13 |
| Quantity: | 20,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28602-105212 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018127 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept: Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL    ED&F-00048742

# Charlotte Woodward

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 20 March 2014 17:17 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

**Trade Reference 231976**

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Settlement Date: | 26/03/2014 |
| Customer: | KAMCO INVESTMENTS INC PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534915 |
| Gross Price: | 246.703250 |
| Net Price: | 246.703250 |
| Quantity: | 2,000,000 |
| Settlement Method: | DNI |
| Net Cash: | 493,406,500.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28573-105289 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018150 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:     Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                                       ED&F-00048743

# Charlotte Woodward

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 20 March 2014 17:17 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

Trade Reference 231626
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Customer: | DW CONSTRUCTION INC RETIREMENT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NFY16APR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 243.13 |
| Quantity: | 38,500 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28602-105209 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018127 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:     Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

# Charlotte Woodward

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 20 March 2014 17:17 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

## Trade Reference 231974

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Settlement Date: | 26/03/2014 |
| Customer: | DW CONSTRUCTION INC RETIREMENT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534915 |
| Gross Price: | 246.703250 |
| Net Price: | 246.703250 |
| Quantity: | 3,850,000 |
| Settlement Method: | DNI |
| Net Cash: | 949,807,512.50 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28573-105287 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018150 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:   Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

# Charlotte Woodward

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 20 March 2014 17:17 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

### Trade Reference 231625
E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | NFY16APR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 243.13 |
| Quantity: | 35,000 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28602-105203 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018127 |
| Direct Commission: | 0.00 |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:   Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                                                    ED&F-00048746

# Charlotte Woodward

| | |
|---|---|
| From: | LDN-SECOPS-MB <secops@edfmancapital.com> |
| Sent: | 20 March 2014 17:17 |
| To: | LDN-EQUITYFINANCE-REPORTING-MB |
| Attachments: | ATT00001.bin |

### Trade Reference 231973

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 20/03/2014 |
| Settlement Date: | 26/03/2014 |
| Customer: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534915 |
| Gross Price: | 246.703250 |
| Net Price: | 246.703250 |
| Quantity: | 3,500,000 |
| Settlement Method: | DNI |
| Net Cash: | 863,461,375.00 |
| Currency: | DKK |
| Comments: | External Sequence: EQ28573-105286 Execution Time: Thursday March 20,2014 12:00:00 AM Batch Id: 20140320_018150 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:    Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                                                                              ED&F-00048747

# Charlotte Woodward

| | |
|---|---|
| From: | GOODWIN, Richard (CH Volcafe) <RGOODWIN@volcafe.ch> |
| Sent: | 20 March 2014 11:24 |
| To: | Bottomley, Oliver (LDN); Ireland, Freddie (LDN) |
| Subject: | Confirm 12,000,000 NOVOB DC T+4 |
| Attachments: | 20032014NOVOBDC(MCM2).pdf |

Oliver:

## Volcafe Cash Equity Confirmation

| | | |
|---|---|---|
| Trade Date | 20-Mar | Trade time |
| Value Date | 26-Mar | 12:11:29 |
| | | |
| ED&F Man Capital Markets | **BUYS** | |
| Trader | OLIVER BOTTOMLEY | |
| | | |
| Stock | **NOVO NORDISK A/S-B** | |
| | NOVOB DC Equity | |
| ISIN | DK0060534915 | |
| | | |
| Number Shares | **12,000,000** | |
| | | |
| Splits | 8 x 1,500,000 | |
| | | |
| CCY | DKK | |
| Gross Price | 246.70000 | |
| | | |
| Notional | 2,960,400,000.00 | |
| | | |
| Net Price | **246.70325** | |
| | | |
| Net Notional | 2,960,439,000.00 | |
| | | |
| Invoice at month End | NA | |
| | | |
| Additional information: | Clearing BNP #1 | |
| | | |
| Volcafe Clearing | ICBC | |

Best regards,

Richard Goodwin.

1



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office: +41 52 264 94 56, Mobile: +41 79 961 04 69
rgoodwin@volcafe.ch I www.volcafe.com

CONFIDENTIAL                                                                                               ED&F-00048749

**Volcafe Cash Equity Confirmation**

| | | |
|---|---|---|
| **Trade Date** | 20-Mar | Trade time |
| **Value Date** | 26-Mar | 12:11:29 |
| **ED&F Man Capital Markets** | **BUYS** | |
| **Trader** | OLIVER BOTTOMLEY | |
| **Stock** | **NOVO NORDISK A/S-B** | |
| | NOVOB DC Equity | |
| **ISIN** | DK0060534915 | |
| **Number Shares** | **12,000,000** | |
| **Splits** | 8 x 1,500,000 | |
| **CCY** | DKK | |
| **Gross Price** | 246.70000 | |
| **Notional** | | 2,960,400,000.00 |
| **Net Price** | 246.70325 | |
| **Net Notional** | | 2,960,439,000.00 |
| **Invoice at month End** | NA | |
| **Additional information:** | Clearing BNP #1 | |
| **Volcafe Clearing** | ICBC | |

Best regards,

Richard Goodwin.

CONFIDENTIAL

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00048750

# Charlotte Woodward

| | |
|---|---|
| **From:** | ROSS LIDDARD <rliddard@edfmancapital.com> |
| **Sent:** | 20 March 2014 11:16 |
| **Subject:** | Bloomberg: Hello Oli, |

**Greeting**: EQUITY FINANCE BROKER 0203 580 7639 07789 263 785 {B9} {#L}

```
Hello Oli,

To confirm ED&F (a/c #1) BUYS the following:

10,000,000 NOVOB DC (DK0060534915) @ DKK 246.70
                                   @ DKK 246.70308 Net

SHAPES: 6 * 1,500,000 + 1,000,000

TRADE DATE: 20-MAR
VALUE DATE: 26-MAR

Thanks, Ross
```

**Sent By** :

**ROSS LIDDARD**, rliddard@edfmancapital.com, RLIDDARD3@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

**OLIVER BOTTOMLEY,** obottomley@edfmancapital.com, OBOTTOMLEY2@Bloomberg.net, E D & F MAN CAPITAL

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 2478 | 2014-03-20 11:59:43 PM (EDT)