

SWIFT Message Detail

**Message ID** 2706912

SWIFT Information

| Field | Value | Field | Value |
|---|---|---|---|
| **Msg Type** | 545 | **Direction** | From Swift |
| **Status** | Closed | **Loc ID** | N/A |
| **Related Ref** | N/A | **Loc SWIFT ID** | N/A |
| **Transaction Ref** | PG325CJU6A001 | **Purpose** | N/A |
| **Asset Series** | 277429 | **Curr Series** | 277428 |
| **Reason Code** | N/A | **External ID** | N/A |
| **Trailer Hdr** | {MAC:00000000}{CHK:4844845C154E} | **UserHdr** | {108:ISI41502502vV5000} |
| **Basic Hdr** | F01MACVGB22AXXX0624074074 | **App Hdr** | O5450143140326PARBFRPPKXXX4920946258140326004 3N |
| **Load User** | SHSYSTEM | **Load Date** | 26-03-2014 01:00:47 |
| **Load Port** | S608207NJ3VW07 | **Proc User** | N/A |
| **Proc Date** | [NULL] | **Proc Port** | N/A |
| **Duration** | N/A | **Instruction Date** | N/A |
| **ACK Date** | [NULL] | **OATS** | ☐ |
| **File Name** | 06846764.TXT | **OATS Sent** | ☐ |
| **Memo** | | | |

Details (38)

Show Groups

System D

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325CJU6A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326014056 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000027742901 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1600000, |
| 18 | 18 | 97A | :SAFE//41329000010000778823F |
| 19 | 19 | 97A | :CASH//41329000010000724758K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//08255114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK870064875, |
| 36 | 36 | 98A | :VA[illegible] |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

CONFIDENTIAL

ED&P-00048762

Case 1:18-md-02865-LAK   Document 862-12   Filed 08/16/22   Page 2 of 6





CONFIDENTIAL
ED&F-00048764

Case 1:18-md-02865-LAK   Document 862-12   Filed 08/16/22   Page 4 of 6



CONFIDENTIAL

ED&F-00048765



