





SWIFT Message Detail

**Message ID** 2713642

SWIFT Information

| | |
|---|---|
| **Msg Type**<br>545 | **Direction**<br>From Swift |
| **Status**<br>Closed | **Loc ID**<br>N/A |
| **Related Ref**<br>N/A | **Loc SWIFT ID**<br>N/A |
| **Transaction Ref**<br>PG325DCY2A001 | **Purpose**<br>N/A |
| **Asset Series**<br>279221 | **Curr Series**<br>279220 |
| **Reason Code**<br>N/A | **External ID**<br>N/A |
| **Trailer Hdr**<br>{MAC:00000000}{CHK:186DD068D53E} | **User Hdr**<br>{108:ISI4190850HLA000} |
| **Basic Hdr**<br>F01MACVGB22AXXX0624077337 | **App Hdr**<br>O5451233140326PARBFRPPBXXX2345766253140326 1134N |
| **Load User**<br>SHSYSTEM | **Load Date**<br>26-03-2014 07:36:26 |
| **Load Port**<br>S608207NJ3VW07 | **Proc User**<br>N/A |
| **Proc Date**<br>[NULL] | **Proc Port**<br>N/A |
| **Duration**<br>N/A | **Instruction Date**<br>N/A |
| **ACK Date**<br>[NULL] | **OATS** ☐<br>**OATS Sent** ☐ |
| **File Name**<br>06846862.TXT | |
| **Memo** | |

Details (38)

Show Groups System Defa

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//PG325DCY2A001 |
| 3 | 23G | NEWM |
| 4 | 98C | :PREP//20140326123043 |
| 5 | 16R | LINK |
| 6 | 13A | :LINK//541 |
| 7 | 20C | :RELA//E1000027922101 |
| 8 | 16S | LINK |
| 9 | 16S | GENL |
| 10 | 16R | TRADDET |
| 11 | 98A | :TRAD//20140320 |
| 12 | 98A | :ESET//20140326 |
| 13 | 35B | ISIN DK0060534915 |
| 14 | 000 | NOVO NORDISK AS |
| 15 | 16S | TRADDET |
| 16 | 16R | FIAC |
| 17 | 36B | :ESTT//UNIT/1800000, |
| 18 | 97A | :SAFE//41329000100007789823F |
| 19 | 97A | :CASH//41329000100007247596K |
| 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 16S | FIAC |
| 22 | 16R | SETDET |
| 23 | 22F | :SETR//TRAD |
| 24 | 16R | SETPRTY |
| 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 16S | SETPRTY |
| 27 | 16R | SETPRTY |
| 28 | 95P | :SELL//ARVTBES8XXX |
| 29 | 97A | :SAFE//08296114373 |
| 30 | 16S | SETPRTY |
| 31 | 16R | SETPRTY |
| 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 16S | SETPRTY |
| 34 | 16R | AMT |
| 35 | 19A | :ESTT//DKK870064620, |
| 36 | 98A | :VALU//20140326 |
| 37 | 16S | AMT |
| 38 | 16S | SETDET |

Release Modify Tag Value

SWIFT Message Detail

Message ID 2713604

Retri

SWIFT Information

**Msg Type**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
PG325DCY0A001

**Purpose**
N/A

**Asset Series**
279227

**Curr Series**
279226

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:185DD049E52E}

**User Hdr**
{108:ISI4190850HKI000}

**Basic Hdr**
F01MACVG6Z2AXXX0624077318

**App Hdr**
O5451233140326PARBFRPPDXXX07017792711403261133N

**Load User**
SHSYSTEM

**Load Date**
26-03-2014 07:36:23

**Load Port**
S808207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06246860.TXT

**Memo**

Details (38)

Show Groups

System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GEN |
| 2 | 2 | 20C | :SEME//PG325DCY0A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122938 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000027[illegible]701 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GEN |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//41329000010000776083F |
| 19 | 19 | 97A | :CASH//4132900001000072479SK |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//RVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//0825114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK870064820, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

Release | Modify | Tag Value

SWIFT Message Detail

Message ID 2713516

SWIFT Information

| | |
|---|---|
| **Msg Type**<br>545 | **Direction**<br>From Swift |
| **Status**<br>Closed | **Loc ID**<br>N/A |
| **Related Ref**<br>N/A | **Loc SWIFT ID**<br>N/A |
| **Transaction Ref**<br>PG325DCY1A001 | **Purpose**<br>N/A |
| **Asset Series**<br>279233 | **Curr Series**<br>279232 |
| **Reason Code**<br>N/A | **External ID**<br>N/A |
| **Trailer Hdr**<br>{MAC:00000000}{CHK:807DD049ED5E} | **User Hdr**<br>{108:ISI4190850HGX000} |
| **Basic Hdr**<br>F01MACVGB22AXXX0624077274 | **App Hdr**<br>O5451232140326PARBFRPPEXXX48782198341403261132N |
| **Load User**<br>SHSYSTEM | **Load Date**<br>26-03-2014 07:36:12 |
| **Load Port**<br>S608207NJ3VW07 | **Proc User**<br>N/A |
| **Proc Date**<br>[NULL] | **Proc Port**<br>N/A |
| **Duration**<br>N/A | **Instruction Date**<br>N/A |
| **ACK Date**<br>[NULL] | **OATS** ☐ |
| **File Name**<br>06340356.TXT | **OATS Sent** ☐ |
| **Memo** | |

Details (38)

Show Groups System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG325DCY1A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326122929 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000027922001 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1500000, |
| 18 | 18 | 97A | :SAFE//41329000010000778923F |
| 19 | 19 | 97A | :CASH//41329000010000724796K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//BRVT8E88XXX |
| 29 | 29 | 97A | :SAFE//00295114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK87008462,0, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

CONFIDENTIAL

ED&F-00048770



CONFIDENTIAL

ED&F-00048771



CONFIDENTIAL



SWIFT Message Detail

**Message ID** 2706856

SWIFT Information

**Msg Type**
545

**Direction**
From Swift

**Status**
Closed

**Loc ID**
N/A

**Related Ref**
N/A

**Loc SWIFT ID**
N/A

**Transaction Ref**
PG325DDH8A001

**Purpose**
N/A

**Asset Series**
279245

**Curr Series**
279244

**Reason Code**
N/A

**External ID**
N/A

**Trailer Hdr**
{MAC:00000000}{CHK:A47DF2B89D68}

**UserHdr**
{108:ISI41902502U1000}

**Basic Hdr**
F01MACVGB22AXXX0624074054

**App Hdr**
O5450143140326PARBFRPPAXXX039122217814032600043N

**Load User**
SHSYSTEM

**Load Date**
26-03-2014 01:00:43

**Load Port**
S608207NJ3VW07

**Proc User**
N/A

**Proc Date**
[NULL]

**Proc Port**
N/A

**Duration**
N/A

**Instruction Date**
N/A

**ACK Date**
[NULL]

**OATS** ☐

**OATS Sent** ☐

**File Name**
06846763.TXT

**Memo**

Details (38)

Show Groups

System D

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG386DDH8A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140326014102 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000027924801 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140320 |
| 12 | 12 | 98A | :ESET//20140326 |
| 13 | 13 | 35B | ISIN DK0060534915 |
| 14 | 14 | 000 | NOVO NORDISK AS |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/1000000, |
| 18 | 18 | 97A | :SAFE//41329000100007788823F |
| 19 | 19 | 97A | :CASH//41329000100007247986K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//0825114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK246700080, |
| 36 | 36 | 98A | :VALU//20140326 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

CONFIDENTIAL

ED&F-00048773

Release | Modify | Tag Value

## Account Equity

```
ED&F Man Capital Markets Ltd                          Account Number: CC:AMERIC-INVGR
3 London Bridge Street                                Account Name   : American Investment Group of NY
London SE1 9SG                                        Date           : 21-03-2014
United Kingdom                                        Currency       : USD
```

### Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 2,405,718,355.00 Dr | 0.18478140 | 444,532,005.65 Dr | 857,236,110.00 Dr | 0.18478140 | 158,401,288.54 Dr |
| DKK Var Margin | 8,639,600.00 Dr | 0.18478140 | 1,596,437.38 Dr | 8,639,600.00 Dr | 0.18478140 | 1,596,437.38 Dr |
| EUR Cash | 16,799.77 Dr | 1.37940000 | 23,173.60 Dr | 16,799.77 Dr | 1.37940000 | 23,173.60 Dr |
| EUR SEG CASH A | 109,684.84 Cr | 1.37940000 | 151,299.27 Cr | 109,684.84 Cr | 1.37940000 | 151,299.27 Cr |
| USD Cash | 8,879,581.50 Dr | 1.00000000 | 8,879,581.50 Dr | 8,879,581.50 Dr | 1.00000000 | 8,879,581.50 Dr |
| USD SEG CASH A | 199,238.41 Cr | 1.00000000 | 199,238.41 Cr | 199,238.41 Cr | 1.00000000 | 199,238.41 Cr |
| | | | ============== | | | ============== |
| | | | 454,680,660.45 Dr | | | 168,549,943.34 Dr |

### Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| COLOB DC | COLOPLAST-B | C | 500,000.00 Lg | 354.9044 | 435.2000 | 177,452,220.00 Dr | 217,600,000.00 Cr | 40,147,780.00 Cr | DKK |
| DANSKE DC | DANSKE BANK A/S | C | 7,750,000.00 Lg | 143.5905 | 145.3000 | 1,112,826,210.00 Dr | 1,126,075,000.00 Cr | 13,248,790.00 Cr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 3,500,000.00 Lg | 246.7033 | 239.2000 | 863,461,375.00 Dr | 837,200,000.00 Cr | 26,261,375.00 Dr | DKK |
| TDC DC | TDC A/S | C | 5,000,000.00 Lg | 52.5607 | 49.4200 | 262,803,300.00 Dr | 247,100,000.00 Cr | 15,703,300.00 Dr | DKK |
| | | | | | Totals: | 2,416,543,105.00 Dr | 2,427,975,000.00 Cr | 11,431,895.00 Cr | |

### Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 800,000.00 Lg | 108.4014 | 112.2000 | 86,721,088.00 Dr | 89,760,000.00 Cr | 3,038,912.00 Cr | EUR |
| | | | | | Totals: | 86,721,088.00 Dr | 89,760,000.00 Cr | 3,038,912.00 Cr | |

### Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| VEON US | VEON LTD | C | 684,000.00 Lg | 12.9902 | 8.8900 | 8,885,269.44 Dr | 6,080,760.00 Cr | 2,804,509.44 Dr | USD |
| | | | | | Totals: | 8,885,269.44 Dr | 6,080,760.00 Cr | 2,804,509.44 Dr | |

### Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 8,000.00 Sh | 103.3500 | 112.1900 | 82,680,000.00 Cr | 89,752,000.00 Dr | 7,072,000.00 Dr | EUR |
| | | | | | Totals: | 82,680,000.00 Cr | 89,752,000.00 Dr | 7,072,000.00 Dr | |