**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case nos:

18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01893; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01895; 19-cv-01794; 19-cv-01865; 19-cv-01904; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01906; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 18-cv-04833; 19-cv-01911; 19-cv-01898; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 19-cv-01930; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 19-cv-01924; 19-cv-10713; 21-cv-05339.

MASTER DOCKET

18-md-2865 (LAK)

**NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S**
**MOTION TO EXCLUDE THE PROPOSED TESTIMONY OF STEPHEN E. SHAY**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated

June 21, 2024, and the Declaration of Marc A. Weinstein, dated June 21, 2024, with all exhibits

thereto, plaintiff Skatteforvaltningen, by its undersigned attorneys, will move the Court before

the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500

Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the

Court, for an order pursuant to Rules 702 and 403 of the Federal Rules of Evidence excluding the

expert testimony of Stephen E. Shay, and for such other and further relief as the Court deems just

and proper.

Dated: New York, New York                    HUGHES HUBBARD & REED LLP
       June 21, 2024


                                              By: /s/ Marc A. Weinstein
                                                  William R. Maguire
                                                  Marc A. Weinstein
                                                  Neil J. Oxford
                                                  Dustin P. Smith
                                                  Gregory C. Farrell
                                                  One Battery Park Plaza
                                                  New York, New York 10004-1482
                                                  Telephone: (212) 837-6000
                                                  Fax: (212) 422-4726
                                                  bill.maguire@hugheshubbard.com
                                                  marc.weinstein@hugheshubbard.com
                                                  neil.oxford@hugheshubbard.com
                                                  dustin.smith@hugheshubbard.com com
                                                  gregory.farrell@hugheshubbard.com

                                                  *Counsel for Plaintiff Skatteforvaltningen
                                                  (Customs and Tax Administration of the
                                                  Kingdom of Denmark)*

2