# Exhibit 3, Part 14

10.   As soon as reasonably practicable after the Electronic Material has been processed through the Nuix software, save that they may not provide the contents or metadata of any particular document to the Applicant unless otherwise entitled to do so under this order, the Privilege Search Team shall report to the Applicant's legal representatives and provide the following information, insofar as reasonably practicable:

(a)   the volume of documents, if possible by number and data size;

(b)   an appropriate breakdown of the categories of documents and the volume of documents in each category;

(c)   the date ranges covered by each such category of documents; and

(d)   the distribution of the documents in each category by date range.

11.   Within 7 days after receiving the report referred to in paragraph 10 above, the Applicant's legal Representatives shall provide the report to the First Respondent's legal representatives.

**Initial searches of the Electronic Material**

12.   The time for the First Respondent to propose search parameters pursuant to paragraph 6 of the Search Order dated 17 July 2018 is extended to 26 July 2018.

13.   As soon as reasonably practicable after the Electronic Material has been uploaded onto Deloitte's Relativity platform and after search terms have been provided in accordance with paragraph 12 above, the Privilege Search Team shall conduct a search of the Electronic Material for documents using the search parameters proposed by the First Respondent or such revised search as may be directed by the Court.

14.   As soon as reasonably practicable after completion of that search, the Privilege Search Team shall:

(a)   Segregate all the electronic documents responsive to that search ("the Deloitte Segregated Documents");

4