# Exhibit 10, Part 1

# OLD PARK LANE CAPITAL PLC⁺

Old Park Lane Capital PLC
49, Berkeley Square
London W1J 5AZ

## Miralty International Limited

Geneva Place, Waterfront Drive, P.O. Box 3469, Road Town, Tortola, British Virgin Islands

# Quarter 4 - 2014

## Invoice Breakdown - MIR01/Q4/2014

| | |
|---|---|
| TAS Platform Fee | EUR 4,500.00 |
| **Belgium** | |
| Equity Fee | EUR 765.00 |
| Forward Fee | EUR 48,000.00 |
| Stock Loan Fee | EUR 8,000.00 |
| **Denmark** | |
| Equity Fee | EUR 435.00 |
| Forward Fee | EUR 123,000.00 |
| Stock Loan Fee | EUR 20,500.00 |
| **Total Amount Due** | **EUR 205,200.00** |

Please see the below payment instructions:

Barclays Bank Plc,
260/262 Chingford Mount Road,

South Chingford,
London,

E4 8JN

| | |
|---|---|
| Currency: | EUR |
| Account No: | 54832433 |
| Sort Code: | 20-53-04 |
| IBAN: | GB53 BARC 2053 0454 8324 33 |
| BIC Code: | BARCGB22 |

***PLEASE NOTE:*** *If you would like to pay this invoice in a currency other than Euro please contact Solo Capital to receive USD or GBP account details. If a different currency is paid into any of the accounts, you will be held liable to pay the difference.*

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

ELYSIUM-04657181

## TAS Platform Fees

| Fee Type | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|
| Platform Fee | 31 October 2014 | EUR 1,500.00 | EUR 1,500.00 |
| Platform Fee | 28 November 2014 | EUR 1,500.00 | EUR 1,500.00 |
| Platform Fee | 31 December 2014 | EUR 1,500.00 | EUR 1,500.00 |
| | **Total** | **EUR 4,500.00** | **EUR 4,500.00** |

## Transaction Fees

### Belgium
### Equity

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 192,383,633.26 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 472,452 | 192,383,633.26 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 192,383,633.26 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 236,747,829.85 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 130,954 | 236,747,829.85 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 236,747,829.85 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 236,747,829.85 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 193,565 | 242,364,662.66 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 242,364,662.66 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 242,364,662.66 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ
Page **2** of **15**

ELYSIUM-04657181

# OLD PARK LANE CAPITAL PLC +

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 242,364,662.66 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 199,030,875.13 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 546,549 | 199,030,875.13 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 199,030,875.13 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 196,351,596.27 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 516,683 | 196,351,596.27 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 196,351,596.27 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 197,021,102.00 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 524,146 | 197,021,102.00 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 197,021,102.00 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 209,402,248.23 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 662,159 | 209,402,248.23 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 209,402,248.23 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 329,222 | 254,534,452.13 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 254,534,452.13 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 254,534,452.13 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | BCL01 | EUR | 89.7100 | 836,027 | 254,534,452.13 | 11 November 2014 | 17 November 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

ELYSIUM-04657181

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 450,958 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ
Page 4 of 15

ELYSIUM-04657181

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TJM01 | EUR | 91.7100 | 817,795 | 1,766,356,885.53 | 10 December 2014 | 15 December 2014 | EUR 15.00 | EUR 15.00 |
| | | | | | | | | | **Total** | **EUR 765.00** | **EUR 765.00** |

## Forward

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 89.0000 | 2,196,200 | 195,461,800.00 | 11 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 89.0000 | 2,188,737 | 194,797,593.00 | 11 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 89.0000 | 2,144,506 | 190,861,034.00 | 11 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 89.0000 | 2,639,035 | 234,874,115.00 | 11 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 89.0000 | 2,701,646 | 240,446,494.00 | 11 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 89.0000 | 2,334,213 | 207,744,957.00 | 11 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 89.0000 | 2,218,603 | 197,455,667.00 | 11 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 89.0000 | 2,837,303 | 252,519,967.00 | 11 November 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 91.7300 | 2,837,303 | 260,265,804.19 | 10 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 91.7300 | 2,218,603 | 203,512,453.19 | 10 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 91.7300 | 2,188,737 | 200,772,845.01 | 10 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ
Page **5** of **15**

ELYSIUM-04657181

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 91.7300 | 2,196,200 | 201,457,426.00 | 10 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 91.7300 | 2,701,646 | 247,821,987.58 | 10 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 91.7300 | 2,639,035 | 242,078,680.55 | 10 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 91.7300 | 2,144,506 | 196,715,535.38 | 10 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | TSC01 | EUR | 91.7300 | 2,334,213 | 214,117,358.49 | 10 December 2014 | 20 March 2015 | EUR 3,000.00 | EUR 3,000.00 |
| | | | | | | | | | **Total** | **EUR 48,000.00** | **EUR 48,000.00** |

## Stock Loan

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrow | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 89.7100 | 2,639,035 | 236,747,829.85 | 14 November 2014 | 17 November 2014 | Fee Rate = 67.74, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 89.7100 | 2,837,303 | 254,534,452.1 | 14 November 2014 | 17 November 2014 | Fee Rate = 67.74, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 89.7100 | 2,196,200 | 197,021,102.0 0 | 14 November 2014 | 17 November 2014 | Fee Rate = 67.74, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 89.7100 | 2,218,603 | 199,030,875.1 3 | 14 November 2014 | 17 November 2014 | Fee Rate = 67.74, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 89.7100 | 2,334,213 | 209,402,248.2 3 | 14 November 2014 | 17 November 2014 | Fee Rate = 67.74, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 89.7100 | 2,188,737 | 196,351,596.2 7 | 14 November 2014 | 17 November 2014 | Fee Rate = 67.74, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Borrow | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 89.7100 | 2,701,646 | 242,364,662.6 6 | 14 November 2014 | 17 November 2014 | Fee Rate = 67.74, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

ELYSIUM-04657181

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrow | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 89.7100 | 2,144,506 | 192,383,633.26 | 14 November 2014 | 17 November 2014 | Fee Rate = 67.74, Interest rate = 70.00, Fixed | Fixed | EUR 500.00 | EUR 500.00 |
| Return | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 91.7100 | 2,144,506 | 196,672,645.26 | 10 December 2014 | 15 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 91.7100 | 2,188,737 | 200,729,070.27 | 10 December 2014 | 15 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 91.7100 | 2,218,603 | 203,468,081.13 | 10 December 2014 | 15 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 91.7100 | 2,639,035 | 242,025,899.85 | 10 December 2014 | 15 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 91.7100 | 2,701,646 | 247,767,954.66 | 10 December 2014 | 15 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 91.7100 | 2,196,200 | 201,413,502.00 | 10 December 2014 | 15 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 91.7100 | 2,334,213 | 214,070,674.23 | 10 December 2014 | 15 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| Return | ABI | ANHEUSER-BUSCH INBEV NV | ESE01 | EUR | 91.7100 | 2,837,303 | 260,209,058.13 | 10 December 2014 | 15 December 2014 | | No text | EUR 500.00 | EUR 500.00 |
| | | | | | | | | | | | **Total** | **EUR 8,000.00** | **EUR 8,000.00** |

## Denmark
## Equity

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Base Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Buy | TDC | TDC A/S | BAS01 | DKK | 45.0000 | 12,400,793 | 1,322,765,595.00 | 05 November 2014 | 07 November 2014 | EUR 15.00 | EUR 15.00 |

Clients wishing to credit their broking accounts via BACS or CHAPS should send funds to: Jarvis Investment Management Plc Client Account, Natwest, Sort Code: 55-70-13, Account Number: 78322936, Reference: (your client code)

OLD PARK LANE CAPITAL PLC, 49 BERKELEY SQUARE, LONDON W1J 5AZ
T: +44 (0)20 7493 8188  F: +44 (0)20 7493 3576  W: WWW.OLDPLC.COM
Old Park Lane Capital Plc is a member of the London Stock Exchange and Authorised and Regulated by the Financial Conduct Authority (Firm no. 477870). Registered in England no. 06440879. Registered Office: 49 Berkeley Square, London W1J 5AZ

ELYSIUM-04657181