# Exhibit 15

Veillette, Rebecca

**From:** Adam@MillRiverCapital.com
**Sent:** Tuesday, June 04, 2013 8:41 AM
**To:** Wells, Peter; Ben-Jacob, Michael
**Cc:** Jérôme LHOTE (jlhote@argremgt.com)
**Subject:** FW: MIL01 Balances 2012

Peter/Michael,

Not sure if you got these as I sent them while traveling so they may not have gone through – but here are the actual cash balances for 2012.

Please let me know if you have any question. Considering we'll need multiple signatures let's try to get these FBARs down by next week.

Best,

Adam La Rosa
Trustee
Mill River Capital Management Pension Plan
e-mail: adam@MillRiverCapital.com

*[Handwritten annotation:]*
→ Quartet Investment Partners LLC ✓
  Adam LaRosa ✓
  Mill River Capital Management LLC Trust ✓
  Mill River General Partnership

**From:** Custody [mailto:Custody@solo.com]
**Sent:** Thursday, May 23, 2013 10:41 AM
**To:** Adam@MillRiverCapital.com
**Cc:** Custody
**Subject:** MIL01 Balances 2012

|     |            |                                       | Entries    | Balance    |
|-----|------------|---------------------------------------|------------|------------|
| MIL | 22/10/2012 | Withholding Tax refund - Denmark TDC A/S | 492,283.27 | 492,283.27 |
| MIL | 24/10/2012 | Cash Transfer                         | -379,053.00 | 113,230.27 |
| MIL | 25/10/2012 | Withholding Tax refund - Denmark TDC A/S | 1,271.82   | 114,502.09 |
| MIL | 01/11/2012 | Cash Transfer                         | -69,820.58 | 44,681.51  |
| MIL | 20/11/2012 | Cash Transfer                         | -39292.73  | 5,388.78   |
| MIL | 13/12/2012 | October Invoice Paid                  | -1,244.00  | 4,144.78   |
| MIL | 13/12/2012 | November Invoice & Brokerage Paid     | -4,144.78  | 0.00       |
|     |            |                                       |            | 0.00       |

**Solo Capital Partners LLP**
4 Throgmorton Avenue, London, EC2N 2DL
T: +44 (0)207 382 4940
F: +44 (0)207 628 0143
custody@solo.com
www.solo.com

Solo Capital Partners LLP is a limited liability partnership registered under the Laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom.

1

CONFIDENTIAL                                                                                                                   WH_MDL_00336300

# Wells, Peter

| | |
|---|---|
| From: | Adam@LionAdvisory.com |
| Sent: | Tuesday, June 04, 2013 8:40 AM |
| To: | Wells, Peter; Ben-Jacob, Michael |
| Cc: | Jérôme LHOTE (jlhote@argremgt.com) |
| Subject: | FW: LIO01 Balances 2012 |
| | |
| Categories: | RETAIN |

Peter/Michael,

Not sure if you got these as I sent them while traveling so they may not have gone through – but here are the actual cash balances for 2012.

Please let me know if you have any question. Considering we'll need multiple signatures let's try to get these FBARs down by next week.

Best,

Adam La Rosa
Authorized Representative
Lion Advisory Inc. Pension Plan
e-mail: adam@LionAdvisory.com

*[Handwritten notes:]*
Lion Advisory Inc Trust
Adam LaRosa ✓
Quartet Investments Partners LLC ✓
Lion Advisory General Partnership

**From:** Custody [mailto:Custody@solo.com]
**Sent:** Thursday, May 23, 2013 10:39 AM
**To:** Adam@LionAdvisory.com
**Cc:** Custody
**Subject:** LIO01 Balances 2012

| | | | Entries | Balance |
|---|---|---|---|---|
| LIO | 22/10/2012 | Withholding Tax refund - Denmark TDC A/S | 616,943.86 | 616,943.86 |
| LIO | 24/10/2012 | Cash Transfer | -461,316.00 | 155,627.86 |
| LIO | 01/11/2012 | Cash Transfer | -110,152.42 | 45,475.44 |
| LIO | 15/11/2012 | Cash Transfer | -39,370.08 | 6,105.36 |
| LIO | 13/12/2012 | October Invoice Paid | -1,244.00 | 4,861.36 |
| LIO | 13/12/2012 | November Invoice & Brokerage Paid | -4,616.09 | 245.27 |
| | | | | 245.27 |

**Solo Capital Partners LLP**
4 Throgmorton Avenue, London, EC2N 2DL
T: +44 (0)207 382 4940
F: +44 (0)207 628 0143
custody@solo.com
www.solo.com

Solo Capital Partners LLP is a limited liability partnership registered under the Laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom.

1

CONFIDENTIAL                                                                                        WH_MDL_00336301

Veillette, Rebecca

**From:** Adam@CaliforniaCatCo.com
**Sent:** Tuesday, June 04, 2013 8:38 AM
**To:** Wells, Peter; Ben-Jacob, Michael
**Cc:** Jérôme LHOTE (jlhote@argremgt.com)
**Subject:** FW: CAL01 Balances 2012

Peter/Michael,

Not sure if you got these as I sent them while traveling so they may not have gone through – but here are the actual cash balances for 2012.

Please let me know if you have any question. Considering we'll need multiple signatures let's try to get these FBARs down by next week.

Best,

Adam La Rosa
Authorized Representative
California Catalog Company Pension Plan
e-mail: adam@CaliforniaCatCo.com

*[Handwritten notes:]*
*California Catalog Company LLC Trust*
*Adam La Rosa ✓*
*Quartet Investment Partners LLC ✓*
*↳ California Catalog General Partnership*
*Q - Manager -*
*/Manager Sign Matt*

**From:** Custody [mailto:Custody@solo.com]
**Sent:** Thursday, May 23, 2013 10:38 AM
**To:** Adam@CaliforniaCatCo.com
**Cc:** Custody
**Subject:** CAL01 Balances 2012

|     |            |                                      | Entries     | Balance    |
|-----|------------|--------------------------------------|-------------|------------|
| CAL | 05/10/2012 | Withholding Tax refund - Denmark TDC A/S | 453,724.17  | 453,724.17 |
| CAL | 24/10/2012 | Cash Transfer                        | -352,498.00 | 101,226.17 |
| CAL | 01/11/2012 | Cash Transfer                        | -56,800.96  | 44,425.21  |
| CAL | 13/12/2012 | October Invoice Paid                 | -1,244.00   | 43,181.21  |
| CAL | 13/12/2012 | November Invoice & Brokerage Paid    | -4,517.42   | 38,663.79  |
|     |            |                                      |             | 38,663.79  |

**Solo Capital Partners LLP**
4 Throgmorton Avenue, London, EC2N 2DL
T: +44 (0)207 382 4940
F: +44 (0)207 628 0143
custody@solo.com
www.solo.com

Solo Capital Partners LLP is a limited liability partnership registered under the Laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom.

IMPORTANT - PLEASE NOTE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error please contact the sender and destroy this email.

1

CONFIDENTIAL                                                                                                    WH_MDL_00336302

## Veillette, Rebecca

**From:** adam@delvianp.com
**Sent:** Tuesday, June 04, 2013 8:39 AM
**To:** Wells, Peter; Ben-Jacob, Michael
**Cc:** Jérôme LHOTE (jlhote@argremgt.com)
**Subject:** FW: DEL01 2012 Balances

Peter/Michael,

Not sure if you got these as I sent them while traveling so they may not have gone through – but here are the actual cash balances for 2012.

Please let me know if you have any question. Considering we'll need multiple signatures let's try to get these FBARs down by next week.

Best,

Adam La Rosa
Authorized Representative
Delvian LLC Pension Plan
e-mail: adam@Delvianp.com

**From:** Custody [mailto:Custody@solo.com]
**Sent:** Thursday, May 23, 2013 10:38 AM
**To:** adam@delvianp.com
**Cc:** Custody
**Subject:** DEL01 2012 Balances

*[Handwritten annotation:]* Delvian LLC Pension Plan Trust — Adam LaRosa / Quartet Investments Partners LLC → Delvian General Partnership

|     |            |                                       | Entries     | Balance    |
| --- | ---------- | ------------------------------------- | ----------- | ---------- |
| DEL | 22/10/2012 | Withholding Tax refund - Denmark TDC A/S | 534,684.68 | 534,684.68 |
| DEL | 24/10/2012 | Cash Transfer                         | -406,474.00 | 128,210.68 |
| DEL | 01/11/2012 | Cash Transfer                         | -83,264.53  | 44,946.15  |
| DEL | 20/11/2012 | Cash Transfer                         | -39,292.73  | 5,653.42   |
| DEL | 13/12/2012 | October Invoice Paid                  | -1,244.00   | 4,409.42   |
| DEL | 13/12/2012 | November Invoice & Brokerage Paid     | -4,409.42   | 0.00       |
|     |            |                                       |             | 0.00       |

**Solo Capital Partners LLP**
4 Throgmorton Avenue, London, EC2N 2DL
T: +44 (0)207 382 4940
F: +44 (0)207 628 0143
custody@solo.com
www.solo.com

Solo Capital Partners LLP is a limited liability partnership registered under the Laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom.

1

CONFIDENTIAL   WH_MDL_00336303

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

CONFIDENTIAL                                                                                                                     WH_MDL_00336304

# Veillette, Rebecca

| | |
|---|---|
| From: | Wells, Peter |
| Sent: | Wednesday, June 12, 2013 6:01 PM |
| To: | 'John H. van Merkensteijn, III'; Matthew Stein; 'Adam Larosa'; Jérôme LHOTE; Richard Markowitz |
| Cc: | Ben-Jacob, Michael; Veillette, Rebecca; 'rcarlen@mgirepetti.com' |
| Subject: | FBARs |
| Categories: | RETAIN |

All:

Further to our various discussions we are working on the FBARs for the group. We expect to have the FBARs ready for circulation on Monday.

In addition, as Adam and I just discussed, we will need to obtain EINs for the various general partnerships as EINs are necessary for the FBAR filings with respect to those entities. We will move that forward and get the necessary EINs.

As you recall, the General Partnerships that were formed effective last year are as follows:

- Rajan Investments General Partnership
- Raubritter General Partnership
- Free Street General Partnership
- Pension and Retirement Plan Investments General Partnership
- Lion Advisory General Partnership
- California Catalog General Partnership
- Delvian General Partnership
- Mill River General Partnership

In addition, these general partnerships will need to file income tax returns to the extent they required to file in a given. We will need to determine whether the partnerships needed to have filed returns for 2012 – and if so we will then coordinate having those returns filed. I have cc'd Ron Carlen on this email so that he is aware of the existence of these partnerships.

Let me know if you have any questions.

Regards,
Peter

***

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

1

CONFIDENTIAL                                                                                                                                                         WH_MDL_00336305