# Exhibit 120

| | |
|---|---|
| **From:** | Veillette, Rebecca |
| **Sent:** | Thursday, March 14, 2013 10:31 AM |
| **To:** | 'Alicia O'Donnell' |
| **Cc:** | Snider, Vassa |
| **Subject:** | RE: Bernina LLC |
| **Attachments:** | Bernina LLC - Operating Agreement.DOCX |

operating agreement attached, are you set on an EIN?

-----Original Message-----
From: Alicia O'Donnell [mailto:alicia@argremgt.com]
Sent: Wednesday, March 13, 2013 3:06 PM
To: Veillette, Rebecca
Subject: RE: Bernina LLC

I think John needs to be the managing member.

-----Original Message-----
From: Veillette, Rebecca [mailto:Rebecca.Veillette@kayescholer.com]
Sent: Wednesday, March 13, 2013 3:03 PM
To: Alicia O'Donnell
Cc: Ben-Jacob, Michael; Wells, Peter
Subject: RE: Bernina LLC

I needed 6 new LLC names and used the names of mountains in the swiss alps, sometimes I just run out of inspiration!
I'll draft an LLC agreement this afternoon and send it over.  Who will be the manager?

-----Original Message-----
From: Alicia O'Donnell [mailto:alicia@argremgt.com]
Sent: Wednesday, March 13, 2013 2:29 PM
To: Veillette, Rebecca
Subject: Bernina LLC

Hey - did I ever ask you where you got that name from?
Just curious, because Adams daughter has the bag in the attached picture.  :-)

And, John needs an LLC agreement to open a bank account. They wont open it without it.
Any chance you have some time today or tomorrow to make one?

Alicia O'Donnell
Argre Management LLC
40 West 57th Street
New York,  NY  10019
Tel:  212-247-2600

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00221526

Fax: 212-247-2753
e-mail: Alicia@ArgreMgt.com

*  *  *  *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER                                          WH_MDL_00221527